# AFFIDAVIT OF PROCESS SERVER

## United States District Court Southern District

## State of New York

**Sapere CTA Fund, L.P.**

    Plaintiff

vs.

**Jon S. Corzine, et al**

    Defendant

Attorney:

Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza 23rd Floor

New York, NY. 10005

**Case Number:** 11CV9114

Legal documents received by One Source Process on December 15th, 2011 at 8:00 AM to be served upon **Jon S. Corzine at Outside HVC210 of US Capitol, Washington, DC. 20016**

I, Christian A. Miles, swear and affirm that on **December 15th, 2011 at 1:57 PM**, I did the following:

**Individually** Served **Jon S. Corzine** the person listed as the intended recipient of the legal document with a conformed copy of this **Summons in a Civil Action & Complaint**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 61   Height: 6'5   Weight: 200   Skin Color: White   Hair Color: Gray/Bald   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_signature_ 12/16/11

**Christian A. Miles**
Process Server

**One Source Process**
**2200 Pennsylvania Ave NW**
**East Tower 4th Floor**
**Washington, DC 20037**

**(202) 459-4760**

Internal Job ID: 2011002480

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.