# AFFIDAVIT OF PROCESS SERVER

**United States District Court Southern District** **State of New York**

**Sapere CTA Fund, L.P.**

Plaintiff

vs.

**Jon S. Corzine, et al**

Defendant

Attorney:

Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza 23rd Floor

New York, NY. 10005

**Case Number:** 11CV9114

Legal documents received by One Source Process on December 15th, 2011 at 8:00 AM to be served upon **Bradley Abelow at Outside of HVC210 of US Capitol, Washington, DC. 20016**

I, Brandon Yoshimura, swear and affirm that on **December 15th, 2011 at 2:18 PM**, I did the following:

**Individually** Served **Bradley Abelow** the person listed as the intended recipient of the legal document with a conformed copy of this **Summons in a Civil Action & Complaint**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: 5'10 Weight: 180 Skin Color: White Hair Color: Salt & Pepper Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

12/16/11

**Brandon Yoshimura**
Process Server

**One Source Process**
**2200 Pennsylvania Ave NW**
**East Tower 4th Floor**
**Washington, DC 20037**

**(202) 459-4760**

Internal Job ID: 2011002481

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.