# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 11 CIV 9114

Date Filed: _____

Plaintiff:
**SAPERE CTA FUND, L.P.,**

vs.

Defendant:
**JON S. CORZINE, et al.,**

For:
John Witmeyer III, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005

Received by Direct Process Server, LLC on the 16th day of December, 2011 at 10:59 am to be served on **J.C. Flowers & Co, Llc, 717 Fifth Avenue, 26th Floor, New York, NY 10022.**

I, Alvin Gonzalez, do hereby affirm that on the **16th day of December, 2011 at 2:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action and Complaint** to: **Kristin H. Johnson** as **Managing Agent / Authorized Employee** for **J.C. Flowers & Co, Llc**, at the address of: **717 Fifth Avenue, 26th Floor, New York, NY 10022**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: f, Race/Skin Color: white, Height: 5'3, Weight: 120, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Alvin Gonzalez
1074641

**Direct Process Server, LLC**
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2011002323

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5a