UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
SAPERE CTA FUND, L.P.,                      :
:
                    Plaintiff,              :
:
               -against-                 :
:
JON S. CORZINE, BRADLEY I. ABELOW, HENRI    :
J. STEENKAMP, DAVID P. BOLGER, ALISON J.    :
CARNWATH, EILEEN S. FUSCO, DAVID            : Case No. 11 Civ. 9114 (LTS)
GELBER, MARTIN J. GLYNN, EDWARD L.          :
GOLDBERG, DAVID I. SCHAMIS, ROBERT S.       :
SLOAN, RICHARD W. GILL, LAURIE R.           : **NOTICE OF APPEARANCE**
FERBER, JOHN RANALD MacDONALD,              :
TRACY A. LOWERY WHILLE, CHRISTINE A.        :
SERWINSKI, MICHAEL G. STOCKMAN,             :
DENNIS A. KLEJNA, RICHARD W. MOORE,         :
FREDERICK R. DEMLER, STEPHEN J. GRADY,      :
IRA POLK, THOMAS F. CONNOLLY, RICK D.       :
LEESLEY, DAVID SIMONS, J.C. FLOWERS &       :
CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN,      :
:
                    Defendants.             :
:
------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that I, Andrew J. Levander, of Dechert LLP, hereby enter my appearance as counsel of record for Defendant Jon S. Corzine, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
December 22, 2011                DECHERT LLP

By: /s/ Andrew J. Levander
    Andrew J. Levander

1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3683
Fax: (212) 698-3599
andrew.levander@dechert.com

*Attorneys for Jon S. Corzine*