UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
                                               :

SAPERE CTA FUND, L.P.,                      :

                        Plaintiff,              :

              -against-                  :

JON S. CORZINE, BRADLEY I. ABELOW, HENRI :
J. STEENKAMP, DAVID P. BOLGER, ALISON J. :
CARNWATH, EILEEN S. FUSCO, DAVID       :   Case No. 11 Civ. 9114 (LTS)
GELBER, MARTIN J. GLYNN, EDWARD L.      :
GOLDBERG, DAVID I. SCHAMIS, ROBERT S.   :
SLOAN, RICHARD W. GILL, LAURIE R.         :   **NOTICE OF APPEARANCE**
FERBER, JOHN RANALD MacDONALD,          :
TRACY A. LOWERY WHILLE, CHRISTINE A.   :
SERWINSKI, MICHAEL G. STOCKMAN,         :
DENNIS A. KLEJNA, RICHARD W. MOORE,    :
FREDERICK R. DEMLER, STEPHEN J. GRADY, :
IRA POLK, THOMAS F. CONNOLLY, RICK D.   :
LEESLEY, DAVID SIMONS, J.C. FLOWERS &    :
CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN, :
                                               :
                      Defendants.           :
                                               :
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that I, Benjamin E. Rosenberg of DECHERT LLP, hereby enter my appearance as counsel of record for Defendant Jon S. Corzine, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
December 22, 2011

DECHERT LLP

By: /s/ Benjamin E. Rosenberg
    Benjamin E. Rosenberg

1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3606
Fax: (212) 698-3599
benjamin.rosenberg@dechert.com

Attorneys for Jon S. Corzine