UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
:
SAPERE CTA FUND, L.P.,  :
:
                Plaintiff,  :
:
      -against-  :
:
JON S. CORZINE, BRADLEY I. ABELOW, HENRI  :
J. STEENKAMP, DAVID P. BOLGER, ALISON J.  :
CARNWATH, EILEEN S. FUSCO, DAVID  :   Case No. 11 Civ. 9114 (LTS)
GELBER, MARTIN J. GLYNN, EDWARD L.  :
GOLDBERG, DAVID I. SCHAMIS, ROBERT S.  :
SLOAN, RICHARD W. GILL, LAURIE R.  :   **NOTICE OF APPEARANCE**
FERBER, JOHN RANALD MacDONALD,  :
TRACY A. LOWERY WHILLE, CHRISTINE A.  :
SERWINSKI, MICHAEL G. STOCKMAN,  :
DENNIS A. KLEJNA, RICHARD W. MOORE,  :
FREDERICK R. DEMLER, STEPHEN J. GRADY,  :
IRA POLK, THOMAS F. CONNOLLY, RICK D.  :
LEESLEY, DAVID SIMONS, J.C. FLOWERS &  :
CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN,  :
:
                Defendants.  :
:
------------------------------------------------ X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that I, Rebecca S. Kahan of DECHERT LLP, hereby enter my appearance as counsel of record for Defendant Jon S. Corzine, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
December 22, 2011                    DECHERT LLP

                                     By:  /s/ Rebecca S. Kahan
                                          Rebecca S. Kahan

                                     1095 Avenue of the Americas
                                     New York, New York 10036-6797
                                     Tel.:(212) 698-3861
                                     Fax: (212) 698-3599
                                     rebecca.kahan@dechert.com

                                     *Attorneys for Jon S. Corzine*