UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SAPERE CTA FUND, L.P.,

       Plaintiff,

   -against-

JON S. CORZINE, BRADLEY I. ABELOW,
HENRI J. STEENKAMP, DAVID P. BOLGER,
ALISON J. CARNWATH, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,
EDWARD L. GOLDBERG, DAVID I.
SCHAMIS, ROBERT S. SLOAN, RICHARD W.
GILL, LAURIE R. FERBER, JOHN RANALAD
MacDONALD, TRACY R. LOWERY WHILLE,
CHRISTINE A. SERWINSKI, MICHAEL G.
STOCKMAN, DENNIS A. KLEJNA, RICHARD
W. MOORE, FREDERICK R. DEMLER,
STEPHEN J. GRADY, IRA POLK, THOMAS F.
CONNOLLY, RICK D. LEESLEY, DAVID
SIMONS, J.C. FLOWERS & CO. LLC,
CHRISTY VAVRA, VINAY MAHAJAN,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ. 9114 (LTS)

ECF Case

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

   PLEASE TAKE NOTICE that J.C. Flowers & Co. LLC appears in the case captioned above by its counsel, Helen V. Cantwell of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
    December 28, 2011

DEBEVOISE & PLIMPTON LLP

By: /s/ *Helen V. Cantwell*
    Helen V. Cantwell
    (hvcantwe@debevoise.com)

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorney for J.C. Flowers & Co. LLC*