UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
SAPERE CTA FUND, L.P.,                                             :
:
                               Plaintiff,              :
:
           -against-                                              :
:
JON S. CORZINE, BRADLEY I. ABELOW,                                 :   11 Civ. 9114 (LTS)
HENRI J. STEENKAMP, DAVID P. BOLGER,                               :
ALISON J. CARNWATH, EILEEN S. FUSCO,                               :   ECF Case
DAVID GELBER, MARTIN J. GLYNN,                                     :
EDWARD L. GOLDBERG, DAVID I.                                       :
SCHAMIS, ROBERT S. SLOAN, RICHARD W.                               :   **NOTICE OF APPEARANCE AND**
GILL, LAURIE R. FERBER, JOHN RANALAD                               :   **REQUEST FOR ELECTRONIC**
MacDONALD, TRACY R. LOWERY WHILLE,                                 :   **NOTIFICATION**
CHRISTINE A. SERWINSKI, MICHAEL G.                                 :
STOCKMAN, DENNIS A. KLEJNA, RICHARD                                :
W. MOORE, FREDERICK R. DEMLER,                                     :
STEPHEN J. GRADY, IRA POLK, THOMAS F.                              :
CONNOLLY, RICK D. LEESLEY, DAVID                                   :
SIMONS, J.C. FLOWERS & CO. LLC,                                    :
CHRISTY VAVRA, VINAY MAHAJAN,                                      :
:
                             Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that J.C. Flowers & Co. LLC appears in the case captioned above by its counsel, Maeve O'Connor of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the address given below.

Dated:  New York, New York
           December 28, 2011

DEBEVOISE & PLIMPTON LLP

By: */s/ Maeve O'Connor*
    Maeve O'Connor
    (mloconno@debevoise.com)

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorney for J.C. Flowers & Co. LLC*