UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
SAPERE CTA FUND, L.P.,                                              :
:
                        Plaintiff,              :
:
        -against-                                              :
:
JON S. CORZINE, BRADLEY I. ABELOW,         :        11 Civ. 9114 (LTS)
HENRI J. STEENKAMP, DAVID P. BOLGER,    :
ALISON J. CARNWATH, EILEEN S. FUSCO,     :        ECF Case
DAVID GELBER, MARTIN J. GLYNN,               :
EDWARD L. GOLDBERG, DAVID I.                    :
SCHAMIS, ROBERT S. SLOAN, RICHARD W.   :        **NOTICE OF APPEARANCE AND**
GILL, LAURIE R. FERBER, JOHN RANALAD     :        **REQUEST FOR ELECTRONIC**
MacDONALD, TRACY R. LOWERY WHILLE,    :        **NOTIFICATION**
CHRISTINE A. SERWINSKI, MICHAEL G.          :
STOCKMAN, DENNIS A. KLEJNA, RICHARD  :
W. MOORE, FREDERICK R. DEMLER,                :
STEPHEN J. GRADY, IRA POLK, THOMAS F.  :
CONNOLLY, RICK D. LEESLEY, DAVID             :
SIMONS, J.C. FLOWERS & CO. LLC,                    :
CHRISTY VAVRA, VINAY MAHAJAN,              :
:
                        Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        PLEASE TAKE NOTICE that J.C. Flowers & Co. LLC appears in the case captioned above by its counsel, David W. Feder of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated: New York, New York
            December 28, 2011

DEBEVOISE & PLIMPTON LLP

By: */s/ David W. Feder*
    David W. Feder
    (dwfeder@debevoise.com)

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorney for J.C. Flowers & Co. LLC*