UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                  :
SAPERE CTA FUND, L.P.,                                            :
                                                                  :
                                    Plaintiff,                    :
                                                                  :
                          -against-                               :
                                                                  :
JON S. CORZINE, BRADLEY I. ABELOW, HENRI                          :
J. STEENKAMP, DAVID P. BOLGER, ALISON J.                          :
CARNWATH, EILEEN S. FUSCO, DAVID                                  :   Case No. 11 Civ. 9114 (LTS)
GELBER, MARTIN J. GLYNN, EDWARD L.                                :
GOLDBERG, DAVID I. SCHAMIS, ROBERT S.                             :
SLOAN, RICHARD W. GILL, LAURIE R.                                 :   **NOTICE OF APPEARANCE**
FERBER, JOHN RANALD MacDONALD,                                    :
TRACY A. LOWERY WHILLE, CHRISTINE A.                              :
SERWINSKI, MICHAEL G. STOCKMAN,                                   :
DENNIS A. KLEJNA, RICHARD W. MOORE,                               :
FREDERICK R. DEMLER, STEPHEN J. GRADY,                            :
IRA POLK, THOMAS F. CONNOLLY, RICK D.                             :
LEESLEY, DAVID SIMONS, J.C. FLOWERS &                             :
CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN,                            :
                                                                  :
                                    Defendants.                   :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that I, Matthew L. Mazur of DECHERT LLP, hereby enter my

appearance as counsel of record for Defendant Jon S. Corzine, in the above-captioned action, and

request that copies of all papers in this action be served upon me at the address set forth below.  I

certify that I am admitted to practice before this Court.

Dated: New York, New York
   December 29, 2011       DECHERT LLP


             By: <u>/s/ Matthew L. Mazur</u>
              Matthew L. Mazur

             1095 Avenue of the Americas
             New York, New York 10036-6797
             Tel.:(212) 698-3861
             Fax: (212) 698-3599
             matthew.mazur@dechert.com

             *Attorneys for Jon S. Corzine*