USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SAPERE CTA FUND, L.P.,

        Plaintiff,

-against-

JON S. CORZINE, BRADLEY I. ABELOW,
HENRI J. STEENKAMP, DAVID P. BOLGER,
ALISON J. CARNWATH, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,
EDWARD L. GOLDBERG, DAVID I.
SCHAMIS, ROBERT S. SLOAN, RICHARD
W. GILL, LAURIE R. FERBER, JOHN
RANALAD MacDONALD, TRACY R.
LOWERY WHILLE, CHRISTINE A.
SERWINSKI, MICHAEL G. STOCKMAN,
DENNIS A. KLEJNA, RICHARD W. MOORE,
FREDERICK R. DEMLER, STEPHEN J.
GRADY, IRA POLK, THOMAS F.
CONNOLLY, RICK D. LEESLEY, DAVID
SIMONS, J.C. FLOWERS & CO. LLC,
CHRISTY VAVRA, VINAY MAHAJAN,

        Defendants.

------------------------------------------------------------ x

Case No. 11 Civ. 9114 (LTS)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant J.C. Flowers & Co. LLC to appear, answer, move or otherwise respond to the Complaint in the above proceeding shall be extended to and including February 21, 2012.

Dated: New York, New York
December 28, 2011

                               DEBEVOISE & PLIMPTON LLP

                               By: _/s/ Maeve O'Connor_____
                               Helen V. Cantwell
                               (hvcantwe@debevoise.com)
                               Maeve O'Connor
                               (mloconno@debevoise.com)

David W. Feder
(dwfeder@debevoise.com)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant J.C. Flowers & Co. LLC*

FORD MARRIN ESPOSITO WITMEYER &
GLESER, L.L.P.

By: _____
John J. Witmeyer III
(jjwitmeyer@fmew.com)
Jon R. Grabowski
(jrgrabowski@fmew.com)
Stephen R. Chuk
(srchuk@fmew.com)

Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, New York 10005
(212) 269-4900

HOWARD, STALLINGS, FROM & HUSTON, P.A.
Joseph H. Stallings
(jstallings@hsfh.com)

5410 Trinity Road, Suite 210 (27607)
P.O. Box 12347
Raleigh, North Carolina 27607
(919) 821-7700

*Attorneys for Plaintiff Sapere CTA Fund, L.P.*

SO ORDERED:

/s/ Deborah A. Batts  Part I
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
1/3/12

2