# Dechert
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

## MEMO ENDORSED

BENJAMIN E. ROSENBERG

benjamin.rosenberg@dechert.com
+1 212 698 3606 Direct
+1 212 698 0406 Fax

December 28, 2011

VIA FACSIMILE

Hon. Laura Taylor Swain
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 04 2012

Re: *Sapere CTA Fund, L.P. v. Corzine, et al.*, Case No. 11-cv-9114 (LTS) (THK)

Dear Judge Swain:

We represent defendant Jon S. Corzine in the above-referenced action. We write on behalf of Mr. Corzine and another defendant, Bradley I. Abelow. Mr. Corzine and Mr. Abelow were served with summonses in the above-captioned action on December 15, 2011, and their responses to the complaint are currently due January 5, 2012.

We respectfully request that the Court grant Mr. Corzine and Mr. Abelow an extension of time in which to respond to the complaint until February 21, 2012, the date on which several of the other named defendants in the above-captioned matter must respond. Neither Mr. Corzine nor Mr. Abelow has previously requested an extension of time to respond to the complaint.

We have conferred with counsel for the plaintiff, Sapere CTA Fund, L.P., who has informed us that they consent to this request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Benjamin E. Rosenberg

*The request is granted.*

SO ORDERED.

NEW YORK
Jan 3, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Jon Ryan Grabowski, Esq.
*Attorney for Sapere CTA Fund, L.P.*
(via e-mail: jrgrabowski@fmcw.com)

Arthur Aufses, Esq.
*Attorney for Brad Abelow*
(via e-mail: aaufses@kramerlevin.com)

US Austin Boston Charlotte Hartford Los Angeles New York Orange County Philadelphia Princeton San Francisco Silicon Valley Washington DC EUROPE Brussels Dublin London Luxembourg Moscow Munich Paris ASIA Beijing Hong Kong