UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAPERE CTA FUND, L.P.,

Plaintiff,

-against-

JON S. CORZINE, BRADLEY I. ABELOW,
HENRI J. STEENKAMP, DAVID P. BOLGER,
ALISON J. CARNWATH, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,
EDWARD L. GOLDBERG, DAVID I. SCHAMIS,
ROBERT S. SLOAN, RICHARD W. GILL,
LAURIE R. FERBER, JOHN RANALD
MacDONALD, TRACY A. LOWERY WHILLE,
CHRISTINE A. SERWINSKI, MICHAEL G.
STOCKMAN, DENNIS A. KLEJNA, RICHARD
W. MOORE, FREDERICK R. DEMLER,
STEPHEN J. GRADY, IRA POLK, THOMAS F.
CONNOLLY, RICK D. LEESLEY, DAVID
SIMONS, J.C. FLOWERS & CO. LLC, CHRISTY
VAVRA, VINAY MAHAJAN,

Defendants.

11 Civ. 9114 (LTS)
ECF CASE

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Lee S. Richards III, a member of the law firm of Richards Kibbe & Orbe LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Henri J. Steenkamp.

Dated: January 5, 2011
New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ Lee S. Richards III

Lee S. Richards III, Esq.
One World Financial Center
New York, New York 10281
(212) 530-1800 (Telephone)
(212) 530-1801 (Facsimile)
lrichards@rkollp.com

*Attorney for Defendant Henri J. Steenkamp*