**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**



**AFFIDAVIT OF SERVICE**

*51655*

Index no : **11 CIV 9114**

| | |
|---|---|
| Plaintiff(s): | **Sapere CTA Fund, LP** |
| Defendant(s): | **John S. Corzine, Bradley L. Abelow, et al.,** |

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.:

**Joseph DiVincenzo**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF CONNECTICUT.

On **12/30/2011** at **2:35 PM**,I served the within **Summons in a Civil Action and Complaint** on **Thomas F. Connolly** at **15 Sturges Road, Fairfield, CT 06824** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **Chrissy Parmalee, Co−Tenant**, a person of suitable age and discretion. Said premises is defendant's place of residence within the state.

On **12/31/2011**, deponent enclosed a copy of above mentioned documents to **Thomas F. Connolly** at said defendant's Actual Place of Residence/Actual Place of Business, at 15 Sturges Road, Fairfield, CT ,06824 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Caucasian** | **Brown** | **35** | **5'6"** | **160** |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the defendant was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not active in the military service.

Sworn to and subscribed before me on
_____ 3 ___, 20 12
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

X _____
Joseph DiVincenzo