UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAPERE CTA FUND, L.P.,

                    Plaintiff,

    v.

JON S. CORZINE, BRADLEY I. ABELOW,
HENRI J. STEENKAMP, DAVID P. BOLGER,
ALISON J. CARNWATH, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,
EDWARD L. GOLDBERG, DAVID I. SCHAMIS,
ROBERT S. SLOAN, RICHARD W. GILL,
LAURIE R. FERBER, JOHN RANALD MacDONALD,
TRACY A. LOWERY WHILLE,
CHRISTINE A. SERWINSKI, MICHAEL G.
STOCKMAN, DENNIS A. KLEJNA, RICHARD W.
MOORE, FREDERICK R. DEMLER,
STEPHEN J. GRADY, IRA POLK, THOMAS F.
CONNOLLY, RICK D. LEESLEY, DAVID SIMONS, J.C.
FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY
MAHAJAN,

                    Defendants.
------------------------------------------------------------------X

11 CV 9114 (LTS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that I, Gregory J. O'Connell, hereby enter my appearance as counsel for Vinay Mahajan, a defendant in the above-captioned action. I am admitted to practice in the Southern District of New York.

Dated: New York, NY
        January 5, 2012

DE FEIS O'CONNELL & ROSE, P.C.

_____
By: Gregory J. O'Connell (GO-0845)

500 Fifth Ave., 26th Floor
New York, NY 10110
P: (212) 768-1000 / F: (212) 768-3511

*Attorney for Vinay Mahajan*