UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAPERE CTA FUND, L.P.,

       Plaintiff,

  v.               11 CV 9114 (LTS)

JON S. CORZINE, BRADLEY I. ABELOW,
HENRI J. STEENKAMP, DAVID P. BOLGER,
ALISON J. CARNWATH, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,   NOTICE OF APPEARANCE
EDWARD L. GOLDBERG, DAVID I. SCHAMIS,
ROBERT S. SLOAN, RICHARD W. GILL,
LAURIE R. FERBER, JOHN RANALD MacDONALD,
TRACY A. LOWERY WHILLE,
CHRISTINE A. SERWINSKI, MICHAEL G.
STOCKMAN, DENNIS A. KLEJNA, RICHARD W.
MOORE, FREDERICK R. DEMLER,
STEPHEN J. GRADY, IRA POLK, THOMAS F.
CONNOLLY, RICK D. LEESLEY, DAVID SIMONS, J.C.
FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY
MAHAJAN,

       Defendants.
-------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that I, Philip C. Patterson, hereby enter my appearance as counsel for Vinay Mahajan, a defendant in the above-captioned action.  I am admitted to practice in the Southern District of New York.

Dated: New York, NY     DE FEIS O'CONNELL & ROSE, P.C.
    January 5, 2012

                 _____
                 By: Philip C. Patterson (PP-9995)

                 500 Fifth Ave., 26th Floor
                 New York, NY 10110
                 P: (212) 768-1000 / F: (212) 768-3511

                 *Attorney for Vinay Mahajan*