# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 11 CIV 9114

Date Filed: _____

Plaintiff:
**SAPERE CTA FUND, L.P.,**

vs.

Defendant:
**JON S. CORZINE, et al.,**

For:
John Witmeyer III, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005

Received by DIRECT PROCESS SERVER, LLC to be served on **Ira Polk, 110 Plains Road, Augusta, NJ 07822**.

I, JACQUELINE TINNEY, being duly sworn, depose and say that on the **29th day of December, 2011** at **5:45 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Ira Polk** at the address of: **110 Plains Road, Augusta, NJ 07822**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60+, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 190, Hair: Gray/Salt/Pep, Glasses: Y

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

Subscribed and Sworn to before me on the 30th day of December, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

DAWN V. ENGELHARDT
Notary Public, State of New Jersey
My Commission Expires
September 13, 2015

JACQUELINE TINNEY
Process Server

DIRECT PROCESS SERVER, LLC
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 343-6331
Our Job Serial Number: DPR-2011002330

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4x

