UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SAPERE CTA FUND, L.P. | PLAINTIFF(S) | Case No. **11 CV 9114** |
| vs. | | |
| JON S. CORZINE, ET AL | DEFENDANT(S) | SERVICE DOCUMENTS: **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Jan 07, 2012, at 3:00 PM, I served the above described documents upon **CHRISTY L. VAVRA** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **CHRISTY VAVRA**.

Said service was effected at **1445 W. WRIGHTWOOD AVE #B, CHICAGO, IL 60614.**

**DESCRIPTION:** Gender: F  Race: **WHITE**  Age: **45**  Hgt: **5'7"**  Wgt: **250**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Erik J. Schreiber, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 9th day of January, 2012

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

NOTARY PUBLIC

CLIENT NAME:
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
75555