UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAPERE CTA FUND, L.P.

PLAINTIFF(S)

Case No.
11 CV 9114

vs.

JON S. CORZINE, ET AL

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 07, 2012**, at **11:05 AM**, I served the above described documents upon **RICK LEESLEY** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **JUDY LEESLEY / SPOUSE**.

Said service was effected at **5 CREEKSIDE LANE, BARRINGTON HILLS, IL 60010**.

**DESCRIPTION:** Gender: **F** Race: **WHITE** Age: **53** Hgt: **5'6"** Wgt: **145** Hair: **BROWN** Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*Nancy A. Porter*

Nancy Porter, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 9th day of January, 2012

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

NOTARY PUBLIC

CLIENT NAME:
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
75859