UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SAPERE CTA FUND                                    Docket Number: 11 CV 9114 (VM)

      -against-                                     NOTICE OF REASSIGNMENT

JOHN S. CORZINE
--------------------------------------------------------

The above-entitled action is:

[ X ] Reassigned to the Hon. VICTOR MARRERO (VM)

****RELATED TO 11 CV 7866****

[ ] Reassigned Referral to Hon.                    , Magistrate Judge

[ X ] Reassigned Designation to Hon. JAMES C. FRANCIS (JCF), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                      Ruby J. Krajick
                                                      Clerk of Court

Dated: 01/09/2012                                  By:    PHYLLIS ADAMIK
                                                                    Deputy Clerk