UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
SAPERE CTA FUND, LP,                                              :
                                                                  :
                         Plaintiff,                               :
                                                                  :
            v.                                                    :
                                                                  :
JON S. CORZINE, BRADLEY I. ABELOW, HENRI J.                       :
STEENKAMP, DAVID P. BOLGER, ALISON J.                             :
CARNWATH, EILEEN S. FUSCO, DAVID GELBER,                          :   Case No. 11-CV-9114 (LTS)
MARTIN J. GLYNN, EDWARD L. GOLDBERG,                              :
DAVID I. SCHAMIS, ROBERT S. SLOAN,                                :
RICHARD W. GILL, LAURIE R. FERBER, JOHN                           :   **NOTICE OF APPEARANCE**
RANALD MacDONALD, TRACY A. LOWERY                                 :
WHILLE, CHRISTINE A. SERWINSKI, MICHAEL                           :
G. STOCKMAN, DENNIS A. KLEJNA, RICHARD                            :
W. MOORE, FREDERICK R. DEMLER, STEPHEN J.                         :
GRADY, IRA POLK, THOMAS F. CONNOLLY,                              :
RICK D. LEESLEY, DAVID SIMONS, J.C.                               :
FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY                           :
MAHAJAN,                                                          :
                                                                  :
                         Defendants.                              :
------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that I, Robert H. Hotz Jr., of Akin Gump Strauss Hauer & Feld LLP, hereby enter my appearance as counsel of record in the above-captioned action for Defendant J. Randy MacDonald and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

2

Dated:  New York, New York
      January 9, 2012

                      AKIN GUMP STRAUSS HAUER & FELD LLP

            By:  */s/ Robert H. Hotz Jr.*
                 Robert H. Hotz Jr.
                 AKIN GUMP STRAUSS HAUER & FELD LLP
                 One Bryant Park
                 New York, NY 10036
                 (212) 872-1000
                 (212) 872-1002
                 rhotz@akingump.com

                 ***Attorneys for J. Randy MacDonald***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 9, 2012, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the foregoing Notice of Appearance upon the following:

John J. Witmeyer III
Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-18
(212) 269-4900

Jon Ryan Grabowski
Ford Marrin Esposito Witmeyer & Gleser, LLP
88 Pine Street, 23rd Floor
New York, NY 10005
(212) 269-4900

*Attorneys for Plaintiff Sapere CTA Fund, LP*


Andrew J. Levander
Benjamin E. Rosenberg
Matthew Lester Mazur
Rebecca Sarah Kahan
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

*Attorneys for Defendant Jon S. Corzine*


Lee S. Richards III
Neil Stephen Binder
Richards Kibbe & Orbe LLP (NYC)
One World Financial Center
New York, NY 10281-1003
(212) 530-1800

*Attorneys for Defendant Henri J. Steenkamp*


David William Feder
Helen Virginia Cantwell
Maeve L. O'Connor

Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022
(212) 909-6000

*Attorneys for Defendant J.C. Flowers & Co. LLC*


Gregory John O'Connell
Philip Canning Patterson
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

*Attorneys for Defendant Vinay Mahajan*


Dated:  New York, New York
         January 9, 2012

                                                   */s/ Robert H. Hotz Jr.*
                                                   Robert H. Hotz Jr.