UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
SAPERE CTA FUND, LP,                                                 :
:
                          Plaintiff,                       :
:
                 v.                                        :
:
JON S. CORZINE, BRADLEY I. ABELOW, HENRI J. :
STEENKAMP, DAVID P. BOLGER, ALISON J.        :
CARNWATH, EILEEN S. FUSCO, DAVID GELBER,     :  Case No. 11-CV-9114 (LTS)
MARTIN J. GLYNN, EDWARD L. GOLDBERG,         :
DAVID I. SCHAMIS, ROBERT S. SLOAN,           :
RICHARD W. GILL, LAURIE R. FERBER, JOHN      :  **NOTICE OF APPEARANCE**
RANALD MacDONALD, TRACY A. LOWERY            :
WHILLE, CHRISTINE A. SERWINSKI, MICHAEL      :
G. STOCKMAN, DENNIS A. KLEJNA, RICHARD       :
W. MOORE, FREDERICK R. DEMLER, STEPHEN J.    :
GRADY, IRA POLK, THOMAS F. CONNOLLY,         :
RICK D. LEESLEY, DAVID SIMONS, J.C.          :
FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY      :
MAHAJAN,                                     :
:
                          Defendants.                      :
---------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that I, Estela Diaz, of Akin Gump Strauss Hauer & Feld LLP, hereby enter my appearance as counsel of record in the above-captioned action for Defendant J. Randy MacDonald and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 9, 2012

                                          AKIN GUMP STRAUSS HAUER & FELD LLP

                              By:   */s/ Estela Diaz*
                                   Estela Diaz
                                   AKIN GUMP STRAUSS HAUER & FELD LLP
                                   One Bryant Park
                                   New York, NY 10036
                                   (212) 872-1000
                                   (212) 872-1002
                                   ediaz@akingump.com

                                   ***Attorneys for J. Randy MacDonald***

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 9, 2012, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the foregoing Notice of Appearance upon the following:

    John J. Witmeyer III
    Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
    Wall Street Plaza
    New York, NY 10005-18
    (212) 269-4900

    Jon Ryan Grabowski
    Ford Marrin Esposito Witmeyer & Gleser, LLP
    88 Pine Street, 23rd Floor
    New York, NY 10005
    (212) 269-4900

    *Attorneys for Plaintiff Sapere CTA Fund, LP*


    Andrew J. Levander
    Benjamin E. Rosenberg
    Matthew Lester Mazur
    Rebecca Sarah Kahan
    Dechert, LLP (NYC)
    1095 Avenue of the Americas
    New York, NY 10036-6797
    (212) 698-3500

    *Attorneys for Defendant Jon S. Corzine*


    Lee S. Richards III
    Neil Stephen Binder
    Richards Kibbe & Orbe LLP (NYC)
    One World Financial Center
    New York, NY 10281-1003
    (212) 530-1800

    *Attorneys for Defendant Henri J. Steenkamp*


    David William Feder
    Helen Virginia Cantwell
    Maeve L. O'Connor

Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022
(212) 909-6000

*Attorneys for Defendant J.C. Flowers & Co. LLC*

Gregory John O'Connell
Philip Canning Patterson
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

*Attorneys for Defendant Vinay Mahajan*

Dated:  New York, New York
January 9, 2012

                    */s/ Estela Diaz*
                    Estela Diaz