UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                              :
SAPERE CTA FUND, LP,                            :

                    Plaintiff,

        v.

JON S. CORZINE, BRADLEY I. ABELOW, HENRI J.
STEENKAMP, DAVID P. BOLGER, ALISON J.
CARNWATH, EILEEN S. FUSCO, DAVID GELBER,    Case No. 11-CV-9114 (LTS)
MARTIN J. GLYNN, EDWARD L. GOLDBERG,
DAVID I. SCHAMIS, ROBERT S. SLOAN,
RICHARD W. GILL, LAURIE R. FERBER, JOHN      **NOTICE OF APPEARANCE**
RANALD MacDONALD, TRACY A. LOWERY
WHILLE, CHRISTINE A. SERWINSKI, MICHAEL
G. STOCKMAN, DENNIS A. KLEJNA, RICHARD
W. MOORE, FREDERICK R. DEMLER, STEPHEN J.
GRADY, IRA POLK, THOMAS F. CONNOLLY,
RICK D. LEESLEY, DAVID SIMONS, J.C.
FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY
MAHAJAN,

                  Defendants.
------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that I, Joseph L. Sorkin, of Akin Gump Strauss Hauer & Feld LLP, hereby enter my appearance as counsel of record in the above-captioned action for Defendant J. Randy MacDonald and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

2

Dated: New York, New York
      January 9, 2012

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ Joseph L. Sorkin*
     Joseph L. Sorkin
     AKIN GUMP STRAUSS HAUER & FELD LLP
     One Bryant Park
     New York, NY 10036
     (212) 872-1000
     (212) 872-1002
     jsorkin@akingump.com

***Attorneys for J. Randy MacDonald***

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 9, 2012, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the foregoing Notice of Appearance upon the following:

John J. Witmeyer III
Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-18
(212) 269-4900

Jon Ryan Grabowski
Ford Marrin Esposito Witmeyer & Gleser, LLP
88 Pine Street, 23rd Floor
New York, NY 10005
(212) 269-4900

*Attorneys for Plaintiff Sapere CTA Fund, LP*


Andrew J. Levander
Benjamin E. Rosenberg
Matthew Lester Mazur
Rebecca Sarah Kahan
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

*Attorneys for Defendant Jon S. Corzine*


Lee S. Richards III
Neil Stephen Binder
Richards Kibbe & Orbe LLP (NYC)
One World Financial Center
New York, NY 10281-1003
(212) 530-1800

*Attorneys for Defendant Henri J. Steenkamp*


David William Feder
Helen Virginia Cantwell
Maeve L. O'Connor

Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022
(212) 909-6000

*Attorneys for Defendant J.C. Flowers & Co. LLC*


Gregory John O'Connell
Philip Canning Patterson
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

*Attorneys for Defendant Vinay Mahajan*


Dated:  New York, New York
January 9, 2012

                                    */s/ Joseph L. Sorkin*
                                    Joseph L. Sorkin