UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
SAPERE CTA FUND, LP,                                              :
                                                                  :
                            Plaintiff,            :
                                                                  :
                v.                                              :
                                                                  :
JON S. CORZINE, BRADLEY I. ABELOW, HENRI J.:
STEENKAMP, DAVID P. BOLGER, ALISON J.        :
CARNWATH, EILEEN S. FUSCO, DAVID GELBER,:    Case No. 11-CV-9114 (LTS)
MARTIN J. GLYNN, EDWARD L. GOLDBERG,         :
DAVID I. SCHAMIS, ROBERT S. SLOAN,           :
RICHARD W. GILL, LAURIE R. FERBER, JOHN      :    **NOTICE OF APPEARANCE**
RANALD MacDONALD, TRACY A. LOWERY            :
WHILLE, CHRISTINE A. SERWINSKI, MICHAEL      :
G. STOCKMAN, DENNIS A. KLEJNA, RICHARD       :
W. MOORE, FREDERICK R. DEMLER, STEPHEN J.:
GRADY, IRA POLK, THOMAS F. CONNOLLY,         :
RICK D. LEESLEY, DAVID SIMONS, J.C.          :
FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY      :
MAHAJAN,                                     :
                                                                  :
                            Defendants.           :
------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that I, Dean L. Chapman Jr., of Akin Gump Strauss Hauer & Feld LLP, hereby enter my appearance as counsel of record in the above-captioned action for Defendant J. Randy MacDonald and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

2

Dated: New York, New York
       January 9, 2012
                                   AKIN GUMP STRAUSS HAUER & FELD LLP


                           By:    */s/ Dean L. Chapman Jr.*
                                  Dean L. Chapman Jr.
                                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                  One Bryant Park
                                  New York, NY 10036
                                  (212) 872-1000
                                  (212) 872-1002
                                  dchapman@akingump.com

                                  ***Attorneys for J. Randy MacDonald***

2

**CERTIFICATE OF SERVICE**

  I hereby certify that, on January 9, 2012, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the foregoing Notice of Appearance upon the following:

  John J. Witmeyer III
  Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
  Wall Street Plaza
  New York, NY 10005-18
  (212) 269-4900

  Jon Ryan Grabowski
  Ford Marrin Esposito Witmeyer & Gleser, LLP
  88 Pine Street, 23rd Floor
  New York, NY 10005
  (212) 269-4900

  *Attorneys for Plaintiff Sapere CTA Fund, LP*


  Andrew J. Levander
  Benjamin E. Rosenberg
  Matthew Lester Mazur
  Rebecca Sarah Kahan
  Dechert, LLP (NYC)
  1095 Avenue of the Americas
  New York, NY 10036-6797
  (212) 698-3500

  *Attorneys for Defendant Jon S. Corzine*


  Lee S. Richards III
  Neil Stephen Binder
  Richards Kibbe & Orbe LLP (NYC)
  One World Financial Center
  New York, NY 10281-1003
  (212) 530-1800

  *Attorneys for Defendant Henri J. Steenkamp*


  David William Feder
  Helen Virginia Cantwell
  Maeve L. O'Connor

    Debevoise & Plimpton LLP
    919 Third Avenue, 31st Floor
    New York, NY 10022
    (212) 909-6000

    *Attorneys for Defendant J.C. Flowers & Co. LLC*

    Gregory John O'Connell
    Philip Canning Patterson
    De Feis O'Connell & Rose, P.C.
    500 Fifth Avenue, 26th Floor
    New York, NY 10110
    (212) 768-1000

    *Attorneys for Defendant Vinay Mahajan*

Dated:  New York, New York
       January 9, 2012

                                */s/ Dean L. Chapman Jr.*
                                Dean L. Chapman Jr.