UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAPERE CTA FUND, L.P.,

              Plaintiff,

    - against -

JON S. CORZINE, BRADLEY I. ABELOW, HENRI J. STEENKAMP, DAVID P. BOLGER, ALISON J. CARNWATH, EILEEN S. FUSCO, DAVID GELBER, MARTIN J. GLYNN, EDWARD L. GOLDBERG, DAVID I. SCHAMIS, ROBERT S. SLOAN, RICHARD W. GILL, LAURIE R. FERBER, JOHN RANALD MacDONALD, TRACY A. LOWERY WHILLE, CHRISTINE A. SERWINSKI, MICHAEL G. STOCKMAN, DENNIS A. KLEJNA, RICHARD W. MOORE, FREDERICK R. DEMLER, STEPHEN J. GRADY, IRA POLK, THOMAS F. CONNOLLY, RICK D. LEESLEY, DAVID SIMONS, J.C. FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 11-cv-9114 (VM)

NOTICE OF APPEARANCE

ECF Case

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record in the above-captioned proceeding for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis, and Robert S. Sloan and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        January 10, 2012

DAVIS POLK & WARDWELL LLP

By:   s/ Edmund Polubinski III
       Edmund Polubinski III

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com

*Attorney for David P. Bolger*, *Eileen S. Fusco*, *David Gelber*, *Martin J.G. Glynn*, *Edward L. Goldberg*, *David I. Schamis*, *and Robert S. Sloan*