UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAPERE CTA FUND, L.P.,

            Plaintiff,

   - against -

JON S. CORZINE, BRADLEY I. ABELOW, HENRI J. STEENKAMP, DAVID P. BOLGER, ALISON J. CARNWATH, EILEEN S. FUSCO, DAVID GELBER, MARTIN J. GLYNN, EDWARD L. GOLDBERG, DAVID I. SCHAMIS, ROBERT S. SLOAN, RICHARD W. GILL, LAURIE R. FERBER, JOHN RANALD MacDONALD, TRACY A. LOWERY WHILLE, CHRISTINE A. SERWINSKI, MICHAEL G. STOCKMAN, DENNIS A. KLEJNA, RICHARD W. MOORE, FREDERICK R. DEMLER, STEPHEN J. GRADY, IRA POLK, THOMAS F. CONNOLLY, RICK D. LEESLEY, DAVID SIMONS, J.C. FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 11-cv-9114 (VM)

<u>NOTICE OF APPEARANCE</u>

ECF Case

    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record in the above-captioned proceeding for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis, and Robert S. Sloan and requests that all subsequent papers be served upon her at the address below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 10, 2012

DAVIS POLK & WARDWELL LLP

By:   s/ Julia Nestor
      Julia Nestor

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
julia.nestor@davispolk.com

*Attorney for David P. Bolger*, *Eileen S. Fusco*, *David Gelber*, *Martin J.G. Glynn*, *Edward L. Goldberg*, *David I. Schamis*, *and Robert S. Sloan*