UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SAPERE CTA FUND, L.P., | |
| Plaintiff, | |
| - against - | |
| JON S. CORZINE, BRADLEY I. ABELOW, HENRI J. STEENKAMP, DAVID P. BOLGER, ALISON J. CARNWATH, EILEEN S. FUSCO, DAVID GELBER, MARTIN J. GLYNN, EDWARD L. GOLDBERG, DAVID I. SCHAMIS, ROBERT S. SLOAN, RICHARD W. GILL, LAURIE R. FERBER, JOHN RANALD MacDONALD, TRACY A. LOWERY WHILLE, CHRISTINE A. SERWINSKI, MICHAEL G. STOCKMAN, DENNIS A. KLEJNA, RICHARD W. MOORE, FREDERICK R. DEMLER, STEPHEN J. GRADY, IRA POLK, THOMAS F. CONNOLLY, RICK D. LEESLEY, DAVID SIMONS, J.C. FLOWERS & CO. LLC, CHRISTY VAVRA, VINAY MAHAJAN, | Case No. 11-cv-9114 (VM)<br><br>NOTICE OF APPEARANCE<br><br>ECF Case |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record in the above-captioned proceeding for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis, and Robert S. Sloan and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 10, 2012

           DAVIS POLK & WARDWELL LLP

By:   s/
     David B. Toscano

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
david.toscano@davispolk.com

*Attorney for David P. Bolger*, *Eileen S. Fusco*, *David Gelber*, *Martin J.G. Glynn*, *Edward L. Goldberg*, *David I. Schamis*, *and Robert S. Sloan*