AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Sapere CTA Fund, L.P. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 cv 9114 |
| Jon S. Corzine, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christy Vavra                                                                                                   .

Date:   01/10/2012

/s/ Harris L. Kay
*Attorney's signature*

Harris L. Kay     HK11172
*Printed name and bar number*

Henderson & Lyman
175 W. Jackson Blvd., Ste. 240
Chicago, IL 60604
*Address*

hkay@henderson-lyman.com
*E-mail address*

(312) 986-6960
*Telephone number*

(312) 986-6961
*FAX number*