UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

SAPERE CTA FUND, L.P.,

                Plaintiff,

   -against-

JON S. CORZINE, BRADLEY I. ABELOW, HENRI J. STEENKAMP, DAVID P. BOLGER, ALISON J. CARNWATH, EILEEN S. FUSCO, DAVID GELBER, MARTIN J. GLYNN, EDWARD L. GOLDBERG, DAVID I. SCHAMIS, ROBERT S. SLOAN, RICHARD W. GILL, LAURIE R. FERBER, JOHN RANALD MacDONALD, TRACY A. LOWERY WHILLE, CHRISTINE A. SERWINSKI, MICHAEL G. STOCKMAN, DENNIS A. KLEJNA, RICHARD W. MOORE, FREDERICK R. DEMLER, STEPHEN J. GRADY, IRA POLK, THOMAS F. CONNOLLY, RICK D. LEESLEY, DAVID SIMONS, J.C. FLOWERS & CO. LLC, CHRISTY VAVRA, and VINAY MAHAJAN,

                Defendants.

------------------------------------------------x

Index No. 11 Civ. 9114 (VM)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that I, Jayne S. Robinson, of Robinson McDonald & Canna LLP, hereby enter my appearance as counsel of record in the above-captioned action for Defendant Christine A. Serwinski and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 11, 2012

                            ROBINSON McDONALD & CANNA LLP

                            By: _____
                                    Jayne S. Robinson

                            61 Broadway, Suite 1415
                            New York, New York  10006
                            Tel.: (212) 953-3400
                            Fax: (212) 953-3690
                            jrobinson@rmc-llp.com

                            Attorneys for Christine A. Serwinski