UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SAPERE CTA FUND, L.P.,

                    Plaintiff,

      -against-

JON S. CORZINE, BRADLEY I. ABELOW, HENRI J.
STEENKAMP, DAVID P. BOLGER, ALISON J.
CARNWATH, EILEEN S. FUSCO, DAVID GELBER,
MARTIN J. GLYNN, EDWARD L. GOLDBERG,
DAVID I. SCHAMIS, ROBERT S. SLOAN,
RICHARD W. GILL, LAURIE R. FERBER, JOHN
RANALD MacDONALD, TRACY A. LOWERY
WHILLE, CHRISTINE A. SERWINSKI, MICHAEL
G. STOCKMAN, DENNIS A. KLEJNA, RICHARD
W. MOORE, FREDERICK R. DEMLER, STEPHEN J.
GRADY, IRA POLK, THOMAS F. CONNOLLY,
RICK D. LEESLEY, DAVID SIMONS, J.C.
FLOWERS & CO. LLC, CHRISTY VAVRA, and
VINAY MAHAJAN,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Index No. 11 Civ. 9114 (VM)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that I, K. Ann McDonald, of Robinson McDonald &

Canna LLP, hereby enter my appearance as counsel of record in the above-captioned action for

Defendant Christine A. Serwinski and request that copies of all papers in this action be served

upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       January 11, 2012

ROBINSON McDONALD & CANNA LLP

By: _____
          K. Ann McDonald

61 Broadway, Suite 1415
New York, New York  10006
Tel.:  (212) 953-3400
Fax:  (212) 953-3690
amcdonald@rmc-llp.com

Attorneys for Christine A. Serwinski