UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SAPERE CTA FUND, L.P.,                              :
                                                    :
        Plaintiff,                              :
                                                    :
    -against-                                      :
                                                    :
JON S. CORZINE, BRADLEY I. ABELOW,                  :
HENRI J. STEENKAMP, DAVID P.                        :
BOLGER, ALISON J. CARNWATH,                         :
EILEEN S. FUSCO, DAVID GELBER,                      :
MARTIN J. GLYNN, EDWARD L.                          :   Case No. 11-cv-9114 (VM)
GOLDBERG, DAVID I. SCHAMIS,                         :
ROBERT S. SLOAN, RICHARD W. GILL,                   :   NOTICE OF APPEARANCE
LAURIE R. FERBER, JOHN RANALD                       :
MacDONALD, TRACY A. LOWERY                          :   ECF Case
WHILLE, CHRISTINE A. SERWINSKI,                     :
MICHAEL G. STOCKMAN, DENNIS A.                      :
KLEJNA, RICHARD W. MOORE,                           :
FREDERICK R. DEMLER, STEPHEN J.                     :
GRADY, IRA POLK, THOMAS F.                          :
CONNOLLY, RICK D. LEESLEY, DAVID                    :
SIMONS, J.C. FLOWERS & CO. LLC,                     :
CHRISTY VAVRA, VINAY MAHAJAN,                       :
                                                    :
        Defendants.                             :
                                                    :
------------------------------------------------------------- x

    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record in the above-captioned proceeding for Dennis A. Klejna, and requests that all subsequent papers be served upon her at the address below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 11, 2012

                                        KATTEN MUCHIN ROSENMAN, LLP

                                        By:   s/ Helen B. Kim
                                             Helen B. Kim

                                        2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Tel.: (310) 788-4525
Fax:  (310) 712-8226
helen.kim@kattenlaw.com

*Attorneys for defendant*
*Dennis A. Klejna*

84578036v1                     2