# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 11 CIV 9114                                   Date Filed: _____

Plaintiff:
**SAPERE CTA FUND, L.P.,**

vs.

Defendant:
**JON S. CORZINE, et al.,**

For:
John Witmeyer III, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY  10005

Received by DIRECT PROCESS SERVER, LLC to be served on **Tracy A. Lowery Whille, 2078 Misty Hollow Drive, Wall Township, NJ 07716**.

I, Daniel Mahler, being duly sworn, depose and say that on the **4th day of January, 2012** at **10:55 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Matt Whille** as **Son** at the address of: **2078 Misty Hollow Drive, Wall Township, NJ 07716**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 25,  Sex: M,  Race/Skin Color: White,  Height: 5'10",  Weight: 170,  Hair: Blonde,  Glasses: N

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

Subscribed and Sworn to before me on the 4th day of January, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

DAWN V. ENGELHARDT
Notary Public, State of New Jersey
My Commission Expires
September 13, 2015

Daniel Mahler
Process Server

DIRECT PROCESS SERVER, LLC
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 343-6331
Our Job Serial Number: DPR-2011002332

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4x

