UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Sapere Fund, etc.

                 Plaintiff,

   -against-

Corzine, et al.

                 Defendant.
-------------------------------------------------------

Case No. 11cv9114

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Kathryn Ann McDonald**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KAM-2876   My State Bar Number is 1257369

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Robinson & McDonald, LLP
               FIRM ADDRESS: 100 Park Avenue
               FIRM TELEPHONE NUMBER: 212 953-3400
               FIRM FAX NUMBER: 212 953-3690

NEW FIRM:  FIRM NAME: Robinson McDonald & Canna LLP
               FIRM ADDRESS: 61 Broadway, Suite 1415
               FIRM TELEPHONE NUMBER: 212 953-3400
               FIRM FAX NUMBER: 212 953-3690

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 11, 2012

                                                              *[signature]*
                                                           ATTORNEY'S SIGNATURE