UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SAPERE CTA FUND, L.P.,                         Case No. 11 Civ. 9114
                           Plaintiff,

     -against-

JON S. CORZINE, et al.     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jayne S. Robinson**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JSR5981        My State Bar Number is 1242023

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Robinson & McDonald LLP
            FIRM ADDRESS: 100 Park Avenue
            FIRM TELEPHONE NUMBER: 212-953-3400
            FIRM FAX NUMBER: 212-953-3690

NEW FIRM:   FIRM NAME: Robinson McDonald & Canna LLP
            FIRM ADDRESS: 212-953-3690
            FIRM TELEPHONE NUMBER: 212-953-3400
            FIRM FAX NUMBER: 212-953-3690

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1-11-12

ATTORNEY'S SIGNATURE