**AFFIDAVIT OF SERVICE**    Ref# 113145

| | | | | |
|---|---|---|---|---|
| US District Court | Southern Dist of County | Index/Case # | 11 CIV 9114 | Filing Date 12/13/11 |

Sapere CTA Fund, L.P.

*Plaintiff*

Jon S. Corzine, et al

*Defendant*

Bucks County, State of: Pennsylvania , Brian Zavodnick being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of Pennsylvania

On 12/29/2011 at 6:38PM am/pm at: 18 Timber Knoll Drive, Washington Crossing, PA 18977

Deponent served the within Summons & Complaint

On: Frederick R. Demler (herein after called the recipient) therein named.

- ☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.
- ☒ **Suitable Age person** — by delivering thereat a true copy of each to Unnamed white female-wife a person of suitable age and discretion. Said premises is defendants ☒ Actual Place of Residence ☐ Actual Place of Business within the State
- ☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there
- ☐ **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.
- ☐ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
- ☒ **Description**
  - ☐ Male ☒ Female ☐ Glasses
  - ☒ white skin ☐ black skin ☐ yellow skin ☐ brown skin ☐ red skin
  - ☐ black hair ☒ brown hair ☐ gray hair ☐ blonde hair ☐ red hair ☐ bald(ing)
  - ☐ 14-20 Yrs ☐ 21-35 Yrs ☐ 36-50 Yrs ☒ 51-65 Yrs ☐ Over 65 Yrs
  - ☐ Under 5' ☐ 5'0"-5'3" ☒ 5'4-5'8" ☐ 5'9"-6'0" ☐ Over 6'
  - ☐ <100 Lbs ☐ 100-130 Lbs ☐ 131-160 Lbs ☒ 161-200 Lbs ☐ Over 200 Lbs

Other Identifying Features: unnamed white female refused to provide her name, but claimed to be his wife.

- ☐ **Military Service** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.
- ☐ Subpoena Fee Tendered in the amount of 0.00
- ☒ Service explained to a white female claiming to be the defendants wife, she slammed the door after server requested her to sign his
- ☒ field sheet. Service documents were left at the door step as she stood behind the door and refused to take them.
- ☒ US District Court, Southern District of New York

Sworn to before me on 1/5/2012

NOTARIAL SEAL
STACY DOUGHERTY
Notary Public
UPPER MORELAND TWP., MONTGOMERY CNTY
My Commission Expires Aug 4, 2015

Deponent's (Server) Signature

Attorney Info/Client Info
Ford Marrin Esposito Witmeyer & Gleser
John J. Witmeyer III, Esquire
Wall Street Plaza, 23rd Floor
New York, NY 10005