UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAPERE CTA FUND, L.P.

PLAINTIFF(S)

Case No.
11 CV 9114

vs.

JON S. CORZINE, ET AL

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Dec 28, 2011**, at **2:30 PM**, I served the above described documents upon **CHRISTINE SERWINSKI** as shown below:

Affiant states s(he) **POSTED SERVICE** by leaving a true and correct copy of the documents in a conspicuous manner as to be seen on the front door of the residence or entrance of the building and also by sending a copy in a sealed envelope with postage fully prepaid, on **12/29/2011**.

Said service was effected at **1106 DUXBURY LANE #B1, SCHAUMBURG, IL 60193.**

**DESCRIPTION:** Gender:  Race:  Age:  Hgt: '"  Wgt:  Hair:  Glasses: **NO**.

I declare under penalties of perjury that the information contained herein is true and correct.

**Craig Palmer, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 505**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 29th day of December, 2011

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

CLIENT NAME:
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
75558

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☒ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 1-4-12 |
| 1. Article Addressed to:<br><br>Christine Serwinski<br>1106 Duxbury Ln. # B1<br>Schaumburg, IL 60193 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br>[postmark: JAN -4 2012]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 3410 0001 2746 0521 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540