UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE



Index no : 11 CIV 9114

| Plaintiff(s): | **Sapere CTA Fund, LP** |
| Defendant(s): | **John S. Corzine, Bradley L. Abelow, et al.,** |

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN      ss.:

**Steven Matarazzo**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF CONNECTICUT.

On **01/06/2012** at **8:53 PM**, I served the within **Summons In A Civil Action and Complaint** on **David Simons** at **320 Hurlbutt Street, Wilton, CT 06897** in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said defendant personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named defendant and the person responding that he or she is in fact the person named in this action as the defendant.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Caucasian** | **Salt and Pepper** | **45** | **5'8"** | **185** |
| Other Features: | | | | | |

Your deponent asked the above mentioned defendant whether he or she was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not active in the military service.

Sworn to and subscribed before me on
_January 10_, 20 _12_
by an affiant who is personally known to me or produced identification.

X _[signature]_
Steven Matarazzo

_[signature: Patricia J. Fisher]_
NOTARY PUBLIC
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015