RECEIVED JAN 13 2012 CHAMBERS OF JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH DEANGELIS, et al.,            :
                                     :   11 Civ. 7866
                 Plaintiffs,         :
                                     :
     - against -                     :
                                     :
JON S. CORZINE, et al.,              :
                                     :
                 Defendants.         :
------------------------------------X
------------------------------------X
SAPERE CTA FUND, LLP,                :
                                     :   11 Civ. 9114
                 Plaintiff,          :
                                     :
     - against -                     :   ORDER
                                     :   CONSOLIDATION
                                     :
JON S. CORZINE, et al.,              :
                                     :
                 Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to

consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 11 Civ. 7866; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 11 Civ. 9114, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         13 January 2012

_____
Victor Marrero
U.S.D.J.