UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JOSEPH DEANGELIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| - against - | : |
| | : |
| JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY I. ABELOW, and MICHAEL G. STOCKMAN, | : |
| | : |
| Defendants. | : |

Case No.  11-cv-7866 (VM)

**NOTICE OF APPEARANCE**

ECF Case

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO

The following Consolidated Action:

Sapere CTA Fund, L.P. v. Corzine et al.,
11-CIV-9114

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record in the above-captioned proceeding for Frederick R. Demler, Stephen J. Grady and Ira Polk, named defendants in a certain action consolidated with the above-captioned proceeding, and requests that all subsequent papers be served upon her at the address below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 18, 2012

**HERRICK, FEINSTEIN LLP**

By: /s/  Therese M. Doherty
      Therese M. Doherty
2 Park Avenue
New York, New York 10016
Phone:  212.592.1400
Fax: 212.592.1500

*Attorneys for Defendants Frederick R. Demler, Stephen J. Grady and Ira Polk*

2