UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS,<br><br>      Plaintiff,<br><br>  v.<br><br>JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY I. ABELOW, and MICHAEL G. STOCKMAN,<br><br>      Defendants. | 11 Civ. 7866 (VM)<br>(Consolidated)<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO<br>The Following Consolidated Actions:<br><br>Espinoza v. Corzine, et al.,<br>11 Civ. 7960;<br><br>Double D Trading LLC v. Corzine, et al.,<br>11 Civ. 8271<br><br>Sapere CTA Fund, L.P. v. Corzine, et al.,<br>11 Civ. 9114 | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that I, Sean M. Murphy, of Milbank, Tweed, Hadley & McCloy LLP, hereby enter my appearance as counsel of record for Defendant Michael G. Stockman in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 18, 2012

                                  MILBANK, TWEED, HADLEY & McCLOY LLP

                                  By: /s/ Sean M. Murphy
                                      Sean M. Murphy

                                  1 Chase Manhattan Plaza
                                  New York, NY  10005-1413
                                  Tel: (212) 530-5688
                                  Fax: (212) 822-5688
                                  smurphy@milbank.com

                                  *Attorneys for Defendant Michael G. Stockman*