UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY I. ABELOW, and MICHAEL G. STOCKMAN,<br><br>　　　　　　Defendants. | 11 Civ. 7866 (VM)<br>(Consolidated)<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO<br>The Following Consolidated Actions:<br><br>Espinoza v. Corzine, et al.,<br>11 Civ. 7960;<br><br>Double D Trading LLC v. Corzine, et al.,<br>11 Civ. 8271<br><br>Sapere CTA Fund, L.P. v. Corzine, et al.,<br>11 Civ. 9114 | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

　　**PLEASE TAKE NOTICE** that I, Thomas A. Arena, of Milbank, Tweed, Hadley & McCloy LLP, hereby enter my appearance as counsel of record for Defendant Michael G. Stockman in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 18, 2012

    MILBANK, TWEED, HADLEY & McCLOY LLP

    By: /s/ Thomas A. Arena
        Thomas A. Arena

    1 Chase Manhattan Plaza
    New York, NY  10005-1413
    Tel: (212) 530-5828
    Fax: (212) 822-5828
    tarena@milbank.com

    *Attorneys for Defendant Michael G. Stockman*