UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS,<br><br>       Plaintiff,<br><br>   v.<br><br>JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY I. ABELOW, and MICHAEL G. STOCKMAN,<br><br>       Defendants. | 11 Civ. 7866 (VM)<br>(Consolidated)<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO The Following Consolidated Actions:<br><br>Espinoza v. Corzine, et al.,<br>11 Civ. 7960;<br><br>Double D Trading LLC v. Corzine, et al.,<br>11 Civ. 8271<br><br>Sapere CTA Fund, L.P. v. Corzine, et al.,<br>11 Civ. 9114 | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

      **PLEASE TAKE NOTICE** that I, Justin A. Alfano, of Milbank, Tweed, Hadley & McCloy LLP, hereby enter my appearance as counsel of record for Defendant Michael G. Stockman in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 18, 2012

        MILBANK, TWEED, HADLEY & McCLOY LLP

        By: /s/ Justin A. Alfano
            Justin A. Alfano

        1 Chase Manhattan Plaza
        New York, NY  10005-1413
        Tel: (212) 530-5108
        Fax: (212) 822-5108
        jalfano@milbank.com

        *Attorneys for Defendant Michael G. Stockman*