# DE FEIS O'CONNELL & ROSE, P.C.
### ATTORNEYS AT LAW
500 FIFTH AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10110
www.dorlaw.com

NICHOLAS M. DE FEIS
GREGORY J. O'CONNELL
CHARLES E. ROSE (1947-1998)

ANDREW J. MALONEY
OF COUNSEL

TELEPHONE (212) 768-1000
TELECOPIER (212) 768-3511

RECEIVED JAN 10 2012 CHAMBERS OF JUDGE MARRERO

January 10, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/12

Via Facsimile (212) 805-6382

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Sapere CT Fund, L.P. v. Corzine, et al.*, 11 CV 9114 (VM) (JCF)

Dear Judge Marrero:

This firm represents Vinay Mahajan, a defendant in *Sapere CT Fund, L.P. v. Corzine, et al.*, 11 CV 9114, which was recently reassigned to Your Honor and associated with *Deangelis v. Corzine, et al.*, 11 CV 7866.

With the consent of counsel for plaintiff Sapere CT Fund, L.P., we respectfully request that the date by which Mr. Mahajan must respond to the complaint be extended from January 20, 2012 to and including March 5, 2012 (the same date by which another defendant in the *Sapere CT Fund* action must respond to the complaint). This is Mr. Mahajan's first request for an extension of time to respond to the complaint.

Respectfully submitted,

Philip C. Patterson

cc:   John J. Witmeyer III, Esq.
*Counsel for plaintiff Sapere CT Fund, L.P.*

All counsel of record

---

**Request GRANTED.** The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 3-5-12.

**SO ORDERED.**

1-18-12
DATE    VICTOR MARRERO, U.S.D.J.