UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

| | |
|---|---|
| JOSEPH DEANGELIS, | : |
| | : Case No. 11-cv-7866 (VM) |
| Plaintiff, | : |
| | : **NOTICE OF APPEARANCE** |
| - against - | : |
| | : ECF Case |
| JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY I. ABELOW, and MICHAEL G. STOCKMAN, | : |
| Defendants. | : |

---------------------------------------- x

THIS DOCUMENT RELATES TO

The following Consolidated Action:

Sapere CTA Fund, L.P. v. Corzine et al.,
11-CIV-9114

---------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record in the above-captioned proceeding for Rick D. Leesley, named defendant in a certain action consolidated with the above-captioned proceeding, and requests that all subsequent papers be served upon her at the address below. I certify that I am admitted to practice before this Court.

HF 7173180v.1 #06947/0030

Dated: New York, New York
January 23, 2012

**HERRICK, FEINSTEIN LLP**

By: /s/ LisaMarie F. Collins
    LisaMarie F. Collins
2 Park Avenue
New York, New York 10016
Phone: 212.592.1400
Fax: 212.592.1500

*Attorneys for Defendant Rick D. Leesley*

HF 7173180v.1 #06947/0030