UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/24/12
```

---------------------------------------------------------------x

JOSEPH DEANGELIS,

                        Plaintiff,

                v.

JON S. CORZINE, HENRI J. STEENKAMP,
BRADLEY I. ABELOW, and MICHAEL G.
STOCKMAN,

                   Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 11-CV-7866 (VM)

---------------------------------------------------------------:

THIS DOCUMENT RELATES TO
The following Consolidated Actions:

Espinoza v. Corzine, et al.,
11 CIV 7960;

Petro v. Corzine, et al.,
11 CIV 8253;

Double D Trading LLC v. Corzine, et al.,
11 CIV 8271;

IBEW Local 90 Pension Fund v. Corzine, et al.,
11 CIV 8401;

Accomazzo v. Corzine, et al.,
11 CIV 8467;

Rodriguez v. Corzine, et al.,
11 CIV 8815;

Daly v. Corzine, et al.,
11 CIV 8823;

Context Partners Fund LP v. Corzine, et al.,
11 CIV 8888

Sapere CTA Fund, LP v. Corzine, et al.,
11 CIV 9114

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER FOR ADMISSION**
**PRO HAC VICE**

---------------------------------------------------------------x

The motion of Steven R. Ross, of Akin Gump Strauss Hauer & Feld LLP, for admission to practice Pro Hac Vice in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Steven R. Ross
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, DC 20036
> (202) 887-4000
> (202) 887-4288
> sross@akingump.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant J. Randy MacDonald in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 24 January 2012

United States District Judge Victor Marrero

**ORIGINAL**

DOC # 122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

---------------------------------------------------------------x
                            :

JOSEPH DEANGELIS,             :

          Plaintiff,     :

       v.           :    Case No. 11-CV-7866 (VM)

JON S. CORZINE, HENRI J. STEENKAMP, :
BRADLEY I. ABELOW, and MICHAEL G. :
STOCKMAN,       :

         Defendants.  :
---------------------------------------------------------------:

THIS DOCUMENT RELATES TO   :
The following Consolidated Actions:  :

Espinoza v. Corzine, et al.,   :
11 CIV 7960;       :

Petro v. Corzine, et al.,    :
11 CIV 8253;       :

Double D Trading LLC v. Corzine, et al., :
11 CIV 8271;       :

IBEW Local 90 Pension Fund v. Corzine, et al., :
11 CIV 8401;       :

Accomazzo v. Corzine, et al.,  :
11 CIV 8467;       :

Rodriguez v. Corzine, et al.,  :
11 CIV 8815;       :

Daly v. Corzine, et al.,    :
11 CIV 8823;       :

Context Partners Fund LP v. Corzine, et al., :
11 CIV 8888;       :

Sapere CTA Fund, LP v. Corzine, et al., :
11 CIV 9114        :
---------------------------------------------------------------x



**MOTION FOR ADMISSION PRO HAC VICE**



RECEIVED
JAN 24 2012
CHAMBERS OF
JUDGE MARRERO

JAN 17 2012

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven R. Ross, of Akin Gump Strauss Hauer & Feld LLP, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant J. Randy MacDonald in the above-captioned actions.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the attached Certificate of Good Standing, which is attached hereto as Exhibit "A."

Dated:  Washington, District of Columbia
        January 17, 2012

Respectfully Submitted

Steven R. Ross
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000
(202) 887-4288
sross@akingump.com

***Attorneys for J. Randy MacDonald***

**EXHIBIT "A"**



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

STEVEN  R.  ROSS

was on the    21ST   day of    DECEMBER,  1976

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto   subscribed   my
name and affixed the seal of
this Court at the City of
Washington,   D.C.,   on
January 11, 2012.


JULIO A. CASTILLO
Clerk of the Court


By: _____
                  Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2012, I caused to be served, via the U.S. Mail, a true and correct copy of the foregoing Pro Hac Vice Motion upon the following:

For the case *DeAngelis v. Corzine et al.*, Case No. 11-CV-7866 (VM)

Brian C. Kerr
David A.P. Brower
Brower Piven, A Professional Corporation
488 Madison Avenue, Eighth Floor
New York, NY 10022
(212) 501-9000

Jason Mathew Leviton
Scott A. Mays
Berman DeValerio (MA)
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

Jeffrey Craig Block
Whitney Erin Street
Block & Leviton LLP
155 Federal Street, Suite 1303
New York, NY 10013
(617) 398-5600

*Attorneys for Plaintiff Joseph DeAngelis, individually and on behalf of all others similarly situated*

Russell David Paul
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Attorneys for Plaintiff City of Philadelphia Board of Pensions and Retirement and Palisade Strategic Master Fund (Cayman) Limited*

Arthur Harlod Aufses, III
Craig Louis Siegel
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

*Attorneys for Defendant Bradley I. Abelow*


Amanda Marjorie Steiner
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800

*Attorneys for Plaintiff Jerome Vrabel*


Amanda Marjorie Steiner
Daniel Charles Girard
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800

Edward H. Glenn, Jr.
Jacob H. Zamansky
Zamansky & Associates, L.L.C.
50 Broadway
32nd Floor
New York, NY 10004
(212) 742-1414

*Attorneys for Consolidated Plaintiffs Monica Rodriguez and Cyrille Guillaume,
individually and on behalf of all others similarly situated*


Curtis Victor Trinko
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
(212) 490-9550

*Attorneys for Movant Banyan Capital Master Fund, Ltd.*

Samuel Howard Rudman
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100

*Attorneys for Movants Building Trades United Pension Trust Fund, Union Asset
Management Holding AG*, and *LRI Invest S.A.*


Jeremy Alan Lieberman
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100

*Attorneys for Movant The Bagwell Group*


Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019
(212) 554-1282

*Attorneys for Movants Virginia Retirement System and Her Majesty the Queen in
Right of Alberta*


Kenneth Mark Rehns
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
(212) 838-7797

*Attorney for ADR Provider Arkansas Public Employees Retirement System*


For the case *Espinoza v. Corzine et al.*, Case No. 11-CV-7960 (VM)

Brian James Robbins
Gregory E. Del Gaizo

Thomas G. Amon
Robbins Umeda, LLP
600 "B" Street
Suite 1900
San Diego, CA 92101
(619) 525-3990

*Attorneys for Plaintiff Ernesto Espinoza*


For the case *Petro v. Corzine, et al.*, Case No. 11-CV-8253 (VM)

Frederic Scott Fox, Sr.
Donald R. Hall, Jr.
Jeffrey Philip Campisi
Pamela A. Mayer
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980

Karen H. Riebel
Richard A. Lockridge
Lockridge, Grindal, Nauen, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Attorneys for Plaintiff Vasil Petro, on behalf of himself and all others similarly situated*


For the case *Double D Trading, LLC v. Corzine, et al.*, Case No. 11-CV-8271 (VM)

Marc Ian Gross
Jeremy Alan Lieberman
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100

Patrick Vincent Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP

10 South La Salle Street
Suite 3503
Chicago, IL 60603
(312) 377-1181

*Attorneys for Plaintiff Double D Trading, LLC, individually and on behalf of all others similarly situated*

Lisamarie Frances Collins
Therese Marie Doherty
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
212-592-1400

*Attorneys for Defendant Bernard Dan*

For the case *IBEW Local 90 Pension Fund, et al. v. Corzine, et al.*, Case No. 11-CV-8401 (VM)

David Avi Rosenfeld
Samuel Howard Rudman
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100

Darren J. Robbins
David Conrad Walton
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058

Gregory Campora
Robert M. Cheverie & Associates
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610

*Attorneys for Plaintiffs IBEW Local 90 Pension Fund and Plumbers' & Pipefitters' Local 562 Pension Fund, individually and on behalf of all others similarly situated*

For the case *Accomazzo, et al. v. Corzine, et al.*, Case No. 11-CV-8467 (VM)

Christopher J. Gray
Law Office of Christopher J. Gray, P.C.
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221

Leslie Scot Wybiral
Louis Fox Burke
Louis F. Burke PC
460 Park Avenue
New York, NY 10022
(212) 682-1700

*Attorneys for Plaintiffs Davide Accomazzo and Roberto E. Calle Gracey, on behalf of themselves and all others similarly situated*

For the case *Rodriguez, et al. v. Corzine, et al.*, Case No. 11-CV-8815 (VM)

Amanda Marjorie Steiner
Daniel Charles Girard
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800

Edward H. Glenn, Jr.
Jacob H. Zamansky
Zamansky & Associates, L.L.C.
50 Broadway
32nd Floor
New York, NY 10004
(212) 742-1414

*Attorneys for Plaintiffs Monica Rodriguez and Cyrille Guillaume, individually and on behalf of all others similarly situated*

For the case *Daly v. Corzine, et al.*, Case No. 11-CV-8823 (VM)

Barbara J. Hart
David Charles Harrison
Geoffrey Milbank Horn
Scott Vincent Papp
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, NY 10601
(914) 997-0500

*Attorneys for Plaintiff Robert A. Daly, Jr. Trustee of the Robert A. Daly, Jr. Living Trust, on behalf of himself and all others similarly situated*

For the case *Context Partners Fund L.P. v. Corzine, et al.*, Case No. 11-CV-8888 (VM)

Vincent Roger Cappucci
Arthur V. Nealon
Jordan Abraham Cortez
Entwistle & Cappucci LLP (NYC)
280 Park Avenue
26th Floor West
New York, NY 10017
(212) 894-7200

Robert N. Cappucci
Entwistle & Cappucci LLP (NJ)
30 Columbia Turnpike
Florham Park, NJ 07932
(212) 894-7207

*Attorneys for Plaintiff Context Partners Fund L.P., on behalf of itself and all others similarly situated*

For the case *Sapere CTA Fund, LP v. Corzine et al.*, Case No. 11-CV- 09114 (VM)

John J. Witmeyer , III
Jon Ryan Grabowski
Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
Wall Street Plaza
88 Pine Street

23rd Floor
New York, NY 10005-1875
(212) 269-4900

*Attorneys for Plaintiff Sapere CTA Fund, LP*

For all the above-captioned cases

Andrew J. Levander
Benjamin E. Rosenberg
Matthew Lester Mazur
Rebecca Sarah Kahan
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

*Attorneys for Defendant Jon S. Corzine*

Lee S. Richards, III
Neil Stephen Binder
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003
212-530-1800

*Attorneys for Defendant Henri J. Steenkamp*

Edmund Polubinski, III
David Brendan Toscano
Julia Nestor
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys for Defendants David P. Bolger, Eileen S. Fusco, David Gelber, Martin J. Glynn, Edward L. Goldberg, David I. Schamis, Robert S. Sloan*

Brett Gerald Canna
Jayne S. Robinson
Kathryn Ann McDonald
Robinson McDonald & Canna LLP

61 Broadway, Suite 1415
New York, NY 10006
(212) 953-3400

*Attorneys for Defendant Christine A. Serwinski*


Helen Byung-Son Kim
Katten Muchin Zavis Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4400

*Attorneys for Defendant Dennis A. Klejna*


David William Feder
Helen Virginia Cantwell
Maeve L. O'Connor
Debevoise & Plimpton LLP
919 Third Avenue
31st Floor
New York, NY 10022
(212) 909-6000

*Attorneys for Defendant J.C. Flowers & Co. LLC*


Harris Lee Kay
Henderson & Lyman
175 West Jackson Boulevard
Chicago, IL 60604
(312) 986-3982

*Attorneys for Defendant Christy Vavra*


Gregory John O'Connell
Philip Canning Patterson
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

*Attorneys for Defendant Vinay Mahajan*

Dated:  New York, New York
        January 17, 2012

Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002
dchapman@akingump.com

*Attorneys for J. Randy MacDonald*