**ROBINSON MCDONALD & CANNA LLP**
61 Broadway, Suite 1415
NEW YORK, New York 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3888
jrobinson@rmc-llp.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/12

January 20, 2012

By Facsimile

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Deangelis v. Corzine et al., No. 11 Civ. 7866 (VM);
             Sapere CTA Fund, L.P., No. 11 Civ. 9114 (VM) (consolidated);
             Kay P. Tee, LLC, No. 12 Civ. 0195 (VM) (related)

Dear Judge Marrero:

        We represent defendant Christine A. Serwinski in the above-referenced Sapere and Tee cases, which have been consolidated with or are related to Deangelis v. Corzine, et al., No. 11 Civ. 7866 (VM). Ms. Serwinski has been served with the complaints in both cases and her answer in Sapere is due January 25, 2012.

        We respectfully request that the Court grant Ms. Serwinski an extension of time to answer or move with respect to the complaints in these actions until a date set after the filing of a consolidated complaint. This is our first request for an extension of time to answer or move against the complaints. Counsel for plaintiff in each of Sapere and Tee consents to this request. We note that the Court has granted the same relief to other defendants in the consolidated actions in letters endorsed by the Court on December 8, 15, and 19, 2011.

        We appreciate the Court's courtesy.

        Respectfully yours,

        Jayne S. Robinson

cc: All counsel of record

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to a date to be set after the filing of a consolidated complaint in this action.
SO ORDERED.

1-24-12
DATE    VICTOR MARRERO, U.S.D.J.

# ROBINSON MCDONALD & CANNA LLP

61 Broadway, Suite 1415
New York, New York 10006
Telephone: 212 953-3400
Facsimile: 212 953-3690

## FACSIMILE COVER PAGE

January 20, 2012 (4:56:13 PM)

**FROM:** Jayne S. Robinson, Esq.
**SENDER'S DIRECT NUMBER:** 212 953-3888
**NUMBER OF PAGES (INCLUDING COVER PAGE):** 3

**Re:** Deangelis v. Corzine et al., No. 11 Civ. 7866 (VM);
Sapere CTA Fund, L.P., No. 11 Civ. 9114 (VM) (consolidated);
Kay P. Tee, LLC, No. 12 Civ. 0195 (VM) (related)

| Recipient | Company | Fax No. | Telephone No. |
| --- | --- | --- | --- |
| Hon. Victor Marrero | U.S. District Court, S.D.N.Y. | 212 805-6382 | 212 805-6374 |
| Gerald H. Silk | Bernstein Litowitz Berger & Grossmann LLP | 212 554-1444 | 212 554-1282 |
| Christopher J. Keller | Labaton Sucharow, LLP | 212-883-7053 | 212-907-0853 |
| Brian C. Kerr | Brower Piven, A Professional Corporation | 212 501-0300 | 212 501-9000 |
| Jason M. Leviton Scott A. Mays | Berman DeValerio | 617 542-1194 | 617 542-8300 |
| Jeffrey C. Block Whitney E. Street | Block & Leviton LLP | 617-507-6020 | 617-398-5600 |
| Russell D. Paul | Berger & Montague, P.C. | 215 875-4604 | 215 875-3000 |
| Amanda M. Steiner Daniel C. Girard | Girard Gibbs LLP | 415 981-4846 | 415 981-4800 |
| Jacob H. Zamansky Edward H. Glenn, Jr. | Zamansky & Associates, L.L.C. | 212 742-1177 | 212 742-1414 |
| Robert N. Cappucci Vincent R. Cappucci Arthur V. Nealon Jordan A. Cortez | Entwistle & Cappucci LLP | 212 894-7272 | 212 894-7200 |
| Kenneth M. Rehns | Cohen Milstein Sellers & Toll P.L.L.C. | 212 838-7745 | 212 838-7797 |
| John J. Witmeyer, III Jon R. Grabowski | Ford Marrin Esposito Witmeyer & Gleser, LLP | 212 344-4294 | 212 269-4900 |
| Jeremy A. Lieberman | Pomerantz Haudek Block Grossman & Gross LLP | 212 661-8665 | 212 661-1100 |
| Curtis V. Trinko | Law Offices of Curtis V. Trinko, LLP | 212 986-0158 | 212 490-9550 |
| Samuel H. Rudman | Robbins Geller Rudman & Dowd LLP | 631 367-1173 | 631 367-7100 |

| Recipient | Company | Fax No. | Telephone No. |
|---|---|---|---|
| Arthur H. Aufses, III<br>Craig L. Siegel | Kramer Levin Naftalis & Frankel, LLP | 212 715-8000 | 212 715-9234 |
| James N. Benedict<br>Justin A. Alfano<br>Sean M. Murphy<br>Thomas A. Arena | Milbank, Tweed, Hadley & McCloy LLP | 212 822-5696<br>212-822-5108<br>212-822-5688<br>212-822-5828 | 212 530-5000 |
| Dean L. Chapman<br>Estela Diaz<br>Joseph L. Sorkin<br>Robert H. Hotz, Jr.<br>Steven R. Ross | Akin Gump Strauss Hauer & Feld | 212 872-1002<br><br><br><br>202-887-4288 | 212 872-1000<br><br><br><br>202-887-4000 |
| Edmund Polubinski, III<br>David B. Toscano<br>Julia Nestor | Davis Polk & Wardwell L.L.P. | 212 450-3695<br>212-450-3515<br>212-450-5819 | 212 450-4000 |
| Andrew J. Levander<br>Benjamin E. Rosenberg<br>Matthew L. Mazur<br>Rebecca S. Kahan | Dechert, LLP | 212 698-3599 | 212 698-3500 |
| Lisamarie F. Collins<br>Therese M. Doherty | Herrick, Feinstein LLP | 212 592-1500 | 212 592-5933 |
| Christopher M. Joralemon<br>Mark A. Kirsch | Gibson, Dunn & Crutcher, LLP | 212 351-5268<br>212-351-5328 | 212 351-2668 |
| Helen B. Kim | Katten Muchin Zavis Rosenman | 310 788-4471 | 310 788-4400 |
| David W. Feder<br>Helen V. Cantwell<br>Maeve L. O'Connor | Debevoise & Plimpton LLP | 212 909-6836<br>212-909-6312<br>212-521-7715 | 212 909-6079 |
| Gregory John O'Connell<br>Philip C. Patterson | De Feis O'Connell & Rose, P.C. | 212 768-3511 | 212 768-2686 |
| G. Robert Gage, Jr. | Gage, Spencer & Fleming, LLP | 212-769-3629 | 212-768-4900 |
| Lee S. Richards, III<br>Neil S. Binder | Richards Kibbe & Orbe LLP | 212-530-1801<br>917-344-8809 | 212-530-1800 |

If you have any problem with this transaction, please call 212 953-3400.

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to Robinson McDonald & Canna LLP at the above address via the U.S. Postal Service at our expense. Thank you.