# HENDERSON & LYMAN
### ATTORNEYS AT LAW
175 West Jackson Boulevard
Suite 240
Chicago, Illinois 60604
(312) 986-6960
FAX (312) 986-6961

New York Office
The Chrysler Building
405 Lexington Avenue
26th Floor
New York, NY 10174

Direct Line:
(312) 986-3982

JEFFRY M. HENDERSON
MARK M. LYMAN
JOSEPH A. GIRARDI
DOUGLAS E. AREND*
ROBERT B. CHRISTIE
HARRIS L. KAY**
MICHAEL D. SEFTON

*Also admitted to practice in NY
**Also admitted to practice NY and VA



RECEIVED
JAN 24 2012
CHAMBERS OF
JUDGE MARRERO
JASON CHRISTOPOULOS
DOUGLAS M. GROM
NICOLETTE N. KMIECIK
NICOLE M. KUCHERA
STEVEN M. VARHOLA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/12

January 24, 2012

**VIA ECF AND FACSIMILE**
(212) 805-6382

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> RE: *Sapere CTA Fund, LP v. Corzine, et al.*,
> 11 CV 9114 (VM), *consolidated with*
> *Deangelis v. Corzine, et al.*, 11 CV 7866 (VM)

Dear Judge Marrero:

This firm represents Christy Vavra, a defendant in *Sapere CTA Fund, LP v. Corzine, et al.*, which was recently consolidated with the *Deangelis* case referenced above.

I respectfully request that the date by which Ms. Vavra must answer or otherwise move with respect to the Complaint in this action be extended from January 30, 2012 until March 5, 2012. Other defendants in the *Sapere* case must respond to the Complaint by that date. I have spoken with counsel for plaintiff, who consents to this extension. This is Ms. Vavra's first request for an extension of time to respond to the Complaint.

Sincerely,

Harris L. Kay

> Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to a date to be set upon the filing of a consolidated complaint herein and consistent with case management schedules to be determined.
>
> SO ORDERED.
>
> 1-27-12
> DATE          VICTOR MARRERO, U.S.D.J.

Hon. Victor Marrero
January 24, 2012
Page 2

HLK/ll

cc.: John J. Wittmeyer III, Esq. (Counsel for Plaintiff) (via email and ECF)
All counsel of record (via ECF)