UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JON S. CORZINE, *et al.*,<br><br>Defendants. | Civil Action: 1:11-cv-07866-VM |
| JUAN P. ARVELO, Individually And On Behalf Of Participants In The MF Global Ltd. 2007 Long Term Incentive Plan and MF Global Ltd. Employee Stock Purchase Plan,<br><br>Plaintiff,<br><br>vs.<br><br>JON S. CORZINE, *et al.*,<br><br>Defendants. | Civil Action:12-cv-0133 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

On January 6, 2012, Juan P. Arvelo, individually and on behalf of all others similarly situated, filed Case No. 12-cv-0133 (the "Arvelo Action"), which was assigned to the Honorable Richard J. Holwell. On January 25, 2012, the Arvelo Action was reassigned to Judge Victor Marrero. On January 27, 2012, pursuant to an Order of Judge Marrero, Case No. 12-cv-0133 was consolidated with action 11-cv-07866, and all filings were ordered to be docked against the remaining lower numbered case 11-cv-07866.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Juan P. Arvelo, by and through his undersigned counsel, hereby voluntarily dismisses without prejudice to any of his rights and without costs the complaint filed by him against Jon S. Corzine, David P. Bolger, Martin J. Glynn, Eileen S. Fusco, David Gelber, Edward Goldberg, David Schamis, Robert S. Sloan, John R. MacDonald, Bradley I. Abelow, Henri J. Steenkamp, Michael G. Stockman, and Bernard Dan asserted in the above-referenced action. No defendant in this action has answered or filed for summary judgment and a class has not been certified.

Dated: February 1, 2012

**GAINEY & McKENNA**

By: *Thomas J. McKenna*
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: 212-983-1300
Facsimile: 212-983-0380
Email: tjmckenna@gaineyandmckenna.com
Email: tjmlaw2001@yahoo.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Thomas J. McKenna, certify that I caused the foregoing to be served upon all counsel of record by filing the same using the Court's ECF system, which will send electronic notification of filing to all registered users.

Dated: February 1, 2012

*Thomas J. McKenna*
Thomas J. McKenna