| | | |
|---|---|---|
| JAMES M. ADRIAN<br>MICHAEL L. ANANIA<br>DAVID A. BEKE<br>CHARLES A. BOOTH<br>CUSHING O. CONDON<br>JOSEPH D'AMBROSIO<br>ELIZABETH M. DECRISTOFARO<br>THOMAS R. ESPOSITO<br>STUART C. LEVENE<br>EDWARD M. PINTER<br>MICHAEL J. TRICARICO<br>JOHN J. WITMEYER III<br><br>RICHARD B. MARRIN<br>OF COUNSEL<br><br>ALFRED L. D'ISERNIA<br>COUNSEL<br><br>WILLIAM P. FORD<br>(1976-2008)<br>VICTOR G. GLESER<br>(1979-1999) | **FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**<br>WALL STREET PLAZA<br>NEW YORK, N.Y. 10005-1875<br><br>212-269-4900<br>TELECOPIER 212-344-4294 | RICHARD J. AHN<br>CATHERINE B. ALTIER<br>ROBERT G. BECK<br>PATRICK J. BERNAL<br>REBECCA A. DU BOFF<br>MATTHEW C. FERLAZZO<br>SETH B. GOLDBERG<br>JON R. GRABOWSKI<br>LINDSAY S. HAMILTON<br>NICHOLE M. HINMAN<br>MICHAEL R. KUEHN<br>GREGORY J. LULLO<br>ANDREW I. MANDELBAUM<br>JOHN A. MATTOON<br>MATTHEW C. McCANN<br>LISSA A. PALERMO<br>ANTHONY PRESTA<br>MEGHAN E. RUESCH<br>SHAYNE W. SPENCER<br>DOUGLAS J. STEINKE<br>ADRIAN M. SZENDEL<br>DANIEL E. VINISH<br><br>546 VALLEY ROAD<br>UPPER MONTCLAIR, N.J. 07043<br>973-744-3700<br>TELECOPIER 973-509-1565 |

February 3, 2012

**VIA FACSIMILE (212) 805-6382**

Hon. Victor Marrero
United States District Court
   For the Southern District of New York
United States Courthouse
500 Pearl Street - Suite 660
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/3/2012

Re: *DeAngelis v. Corzine, et al.*, 11-cv-7866 (VM) --
    *Sapere CTA Fund, L.P. v. Corzine, et al.*, 11-cv-9114 (VM)

Dear Judge Marrero:

We represent Sapere CTA Fund, L.P., a commodities customer of MF Global that suffered a loss of over $90 million in cash and securities deposited in segregated accounts at MF Global as a result of the wrongful actions of the directors, officers, employees and agents of MF Global.

This letter seeks clarification and confirmation from the Court whether counsel for commodities customer plaintiffs are to participate in the February 24, 2012 Initial Conference before Your Honor.

We were served yesterday evening by Lead Counsel in the "In re MF Global Holdings Limited Securities Litigation" action pending before Your Honor with a copy of Your Honor's "Notice of Initial Conference" captioned with the *DeAngelis v. Corzine* caption. We anticipate that this Initial Conference is in the Securities Litigation, but thought it prudent to ask Your Honor for clarification and confirmation if that is correct. Of course, if Your Honor intends that commodities customers participate in the February 24th Initial Conference, we will do so.

Respectfully submitted,

John J. Witmeyer III

JJW:mac
cc: All counsel (via email)

> **SO ORDERED.** The conference is scheduled for all parties in all of the MF Global cases pending before this Court
> 2-3-12
> DATE      VICTOR MARRERO, U.S.D.J.