UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY ABELOW, and MICHAEL G. STOCKMAN,<br><br>      Defendants.<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br> All Consolidated Actions. | CASE NO. 1:11-cv-07866-VM |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

  **PLEASE TAKE NOTICE** that **Kevin D. Galbraith** respectfully enters his appearance as counsel for Plaintiffs **Monica Rodriguez and Cyrille Guillaume, individually and on behalf of all others similarly situated** in a certain action consolidated with the above-captioned action.

Dated: New York, NY
   February 14, 2012

                Respectfully submitted,

                ZAMANSKY & ASSOCIATES, LLC

                */s/ Kevin D. Galbraith*
                Kevin D. Galbraith (KG-7512)
                Kevin@zamansky.com
                50 Broadway, 32nd Floor
                New York, NY  10004
                Telephone:  (212) 742-1414
                Facsimile:   (212) 742-1177