UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
JOSEPH DEANGELIS, et al.,

                          Plaintiffs.

     - against -

JON S. CORZINE, et al.,

                          Defendants.
--------------------------------------------------------------- X
SAPERE CTA FUND, L.P.,

                          Plaintiff,

     -against-

JON S. CORZINE, BRADLEY I. ABELOW,
HENRI J. STEENKAMP, DAVID P. BOLGER,
ALISON J. CARNWATH, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN, EDWARD
L. GOLDBERG, DAVID I SCHAMIS, ROBERT S.
SLOAN, RICHARD W. GILL, LAURIE. R.
FERBER, JOHN RANALD MACDONALD,
TRACY A. LOWERY WHILLE, CHRISTINE A.
SERWINSKI, MICHAEL G. STOCKMAN, DENNIS
A. KLEJNA, RICHARD W. MOORE, FREDERICK
R. DEMLER, STEPHEN J. GRADY, IRA POLK,
THOMAS F. CONNOLLY, RICK D. LEESLEY,
DAVID SIMONS, J.C. FLOWERS & CO. LLC,
CHRITY VAVRA, VINAY MAHAJAN

                          Defendants.
--------------------------------------------------------------- X

11 Civ. 7866 (VM)

11 Civ. 9114 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/12

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sapere CTA Fund, L.P., through its undersigned counsel, hereby voluntarily dismisses Defendant Ira Polk as a party to this action without prejudice and without cost to any party. All other Defendants remain parties to this proceeding.

Dated:  New York, New York
        February 28, 2012

                    **FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**

                    By: /s/ John J. Witmeyer III
                         John J. Witmeyer III   (JW 7442)
                         Jon R. Grabowski      (JG 9845)
                         Stephen R. Chuk       (SC 8109)
                    Wall Street Plaza
                    New York, NY 10005-1875
                  Tel: (212) 269-4900
                  Fax: (212) 344-4294
                  Email: jjwitmeyer@fmew.com
                             jrgrabowski@fmew.com
                             srchuk@fmew.com

                           - and -

                  **HOWARD, STALLINGS, FROM & HUTSON, P.A.**

                  Joseph H. Stallings   (JS 5065)
                  5410 Trinity Road, Suite 210 (27607)
                  P.O. Box 12347
                  Raleigh, North Carolina 27605
                  Tel: (919) 821-7700
                  Fax: (919) 821-7703
                  Email: jstallings@hsfh.com

                  Attorneys for Sapere CTA Fund, L.P.

SO ORDERED.
3-6-12
DATE    VICTOR MARRERO, U.S.D.J.

SO ORDERED:

_____
U.S.D.J.