UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>     vs.<br><br>JON S. CORZINE, et al.,<br><br>                  Defendants. | Civil Action No. 1:11-cv-07866-VM(JCF)<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

     PLEASE TAKE NOTICE that Danielle S. Myers of Robbins Geller Rudman & Dowd LLP hereby withdraws as counsel for lead plaintiff movant Building Trades United Pension Trust Fund and Union Asset Management Holding AG (the "Global Investors") in this consolidated action. The Global Investors were not appointed lead plaintiff (*see* Dkt. No. 140) and the class will continue to be represented by Court-appointed lead counsel, Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP. Please remove Ms. Myers from the docket and ECF Service List.

DATED: March 15, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SPENCER A. BURKHOLZ
DANIELLE S. MYERS


          s/ DANIELLE S. MYERS
           DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
DAVID P. ABEL
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

Counsel for Movants

- 1 -

\* \* \*

IT IS SO ORDERED.

DATED: _____    _____
                                                        HON. VICTOR MARRERO
                                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on march .

                                                  s/ DANIELLE S. MYERS
                                                  DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:dymers@rgrdlaw.com

## Mailing Information for a Case 1:11-cv-07866-VM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Justin Anthony Alfano**
  jalfano@milbank.com

- **Thomas A. Arena**
  tarena@milbank.com

- **Arthur Harlod Aufses , III**
  aaufses@kramerlevin.com,docketing@kramerlevin.com,jbatterton@kramerlevin.com

- **Dominic J. Auld**
  dauld@labaton.com,electroniccasefiling@labaton.com

- **Stuart Jay Baskin**
  sbaskin@shearman.com

- **James N. Benedict**
  jbenedict@milbank.com

- **Roger Joel Bernstein**
  rbernstein@rjblaw.com

- **Neil Stephen Binder**
  nbinder@rkollp.com,rzeehandelaar@rkollp.com,pdevlin@rkollp.com,mschneider@rkollp.com,erosen@rkollp.com,cbosch@rkollp.com

- **Javier Bleichmar**
  jbleichmar@labaton.com,drogers@labaton.com,electroniccasefiling@labaton.com

- **Jeffrey Craig Block**
  jeff@blockesq.com

- **Gregory M Boyle**
  gboyle@jenner.com

- **David A.P. Brower**
  brower@browerpiven.com,reception@browerpiven.com

- **Brett Gerald Canna**
  bcanna@rmc-llp.com

- **Helen Virginia Cantwell**
  hvcantwell@debevoise.com,mao-ecf@debevoise.com

- **Dean Lindsay Chapman**
  dchapman@akingump.com

- **Lisamarie Frances Collins**
  lcollins@herrick.com,courtnotices@herrick.com

- **Merrill G Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Michael Dell'Angelo**
  mdellangelo@bm.net,rwalton@bm.net,chiho@bm.net

- **Estela Diaz**
  ediaz@akingump.com,nymco@akingump.com

- **Therese Marie Doherty**
  tdoherty@herrick.com,courtnotices@herrick.com

- **Jeffrey S Eberhard**
  jeberhard@jenner.com

- **Andrew J Entwistle**
  aentwistle@entwistle-law.com,mgayle@entwistle-law.com

- **Iona Maria May Evans**
  ievans@labaton.com,electroniccasefiling@labaton.com

- **H. Miriam Farber**
  mfarber@shearman.com,zina.al-askari@shearman.com

- **David William Feder**
  dwfeder@debevoise.com

- **Brian Jason Fischer**
  bfischer@jenner.com,jeberhard@jenner.com,gboyle@jenner.com,tbusch@jenner.com,docketing@jenner.com,mmargolis@jenner.com

- **Carla F. Fredericks**
  cfredericks@milberg.com

- **G. Robert Gage , Jr**
  grgage@gagespencer.com,agarman@gagespencer.com

- **Ashley Rebecca Garman**
  agarman@gagespencer.com

- **Daniel Charles Girard**
  dcg@girardgibbs.com,eje@girardgibbs.com,aev@girardgibbs.com,ips@girardgibbs.com,akl@girardgibbs.com

- **Edward H. Glenn , Jr**
  eglenn@zamansky.com,ecf@zamansky.com

- **Jon Ryan Grabowski**
  jrgrabowski@fmew.com

- **Christopher J. Gray**
  gray@cjgraylaw.com

- **Salvatore Jo Graziano**
  SGraziano@blbglaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com

- **Cynthia A Hanawalt**
  chanawalt@labaton.com,electroniccasefiling@labaton.com

- **Robert Henry Hotz , Jr**
  rhotz@akingump.com,nymco@akingump.com

- **Christopher Michael Joralemon**
  cjoralemon@gibsondunn.com,aarias@gibsondunn.com

- **Rebecca Sarah Kahan**
  rebecca.kahan@dechert.com,nycmanagingclerks@dechert.com

- **Benjamin Yehuda Kaufman**
  bkaufman@milberg.com

- **Harris Lee Kay**
  hkay@henderson-lyman.com,lliabo@henderson-lyman.com

- **Christopher J. Keller**
  ckeller@labaton.com

- **Brian C. Kerr**
  kerr@browerpiven.com

- **Helen Byung-Son Kim**
  helen.kim@kattenlaw.com,dana.thompson@kattenlaw.com,patrecia.formeca@kattenlaw.com,adam.henderson@kattenlaw.com

- **Mark Adam Kirsch**
  mkirsch@gibsondunn.com,aarias@gibsondunn.com

- **Mark Leland Knutson**
  mlk@classactionlaw.com

- **Jeffrey R. Krinsk**
  fk@classactionlaw.com,anv@classactionlaw.com

- **Andrew J. Levander**
  andrew.levander@dechert.com,bryan.block@dechert.com,luis.lopez@dechert.com

- **Ralph M. Levene**

rmlevene@wlrk.com,CAlert@wlrk.com

- **Jason Mathew Leviton**
  jleviton@bermandevalerio.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Michael Dayton Longyear**
  mlongyear@lswlaw.com,rmarchitello@lswlaw.com

- **John F. Lynch**
  jflynch@wlrk.com,CAlert@wlrk.com

- **Scott A Mays**
  smays@bermandevalerio.com

- **Matthew Lester Mazur**
  matthew.mazur@dechert.com,nycmanagingclerks@dechert.com

- **Kathryn Ann McDonald**
  amcdonald@rmc-llp.com

- **Sean Miles Murphy**
  smurphy@milbank.com,jalfano@milbank.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Julia Nestor**
  julia.nestor@davispolk.com,matthew.weinberg@davispolk.com,ecf.ct.papers@davispolk.com,judith.vale@davispolk.com,adam.mehes@davispolk.com

- **Gregory John O'Connell**
  gjo@dorlaw.com

- **Maeve L. O'Connor**
  moconnor@debevoise.com

- **Sean K. O'Dowd**
  seano@blbglaw.com,Nyematemp@blbglaw.com,yvette@blbglaw.com,Ricia@blbglaw.com,larry@blbglaw.com

- **Philip Canning Patterson**
  pcp@dorlaw.com

- **Russell David Paul**
  rpaul@bm.net,lbauer@bm.net

- **Charles Michael Plavi**
  cmp@classactionlaw.com

- **Edmund Polubinski , III**
  epolub@dpw.com,ecf.ct.papers@dpw.com

- **Joshua Killion Porter**
  jporter@entwistle-law.com

- **Andrei V. Rado**
  arado@milberg.com

- **Kenneth Mark Rehns**
  krehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Daniel E. Reynolds**
  dreynolds@lswlaw.com,rmarchitello@lswlaw.com

- **Lee S Richards , III**
  lrichards@rkollp.com,mschneider@rkollp.com,smount@rkollp.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Jayne S. Robinson**
  jrobinson@rmc-llp.com,cchiffriller@rmc-llp.com

- **Alejandro Gabriel Rosenberg**
  arosenberg@steptoe.com,gdaly@steptoe.com

- **Benjamin E. Rosenberg**
  benjamin.rosenberg@dechert.com,nycmanagingclerks@dechert.com

- **Hannah Elizabeth Ross**
  hannah@blbglaw.com,errol.hall@blbglaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **John F Savarese**
  JFSavarese@wlrk.com,CAlert@wlrk.com

- **Paul Henry Schoeman**
  pschoeman@kramerlevin.com,docketing@kramerlevin.com

- **Christina H. C. Sharp**
  chc@girardgibbs.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jhamilton@cpmlegal.com,lconcepcion@cpmlegal.com

- **Craig Louis Siegel**
  csiegel@kramerlevin.com,docketing@kramerlevin.com,jbatterton@kramerlevin.com

- **Gerald H. Silk**
  jerry@blbglaw.com,errol.hall@blbglaw.com

- **Charles B. Sklarsky**
  csklarsky@jenner.com

- **Joseph Lee Sorkin**
  jsorkin@akingump.com

- **Amanda Marjorie Steiner**
  as@girardgibbs.com,ips@girardgibbs.com,ale@girardgibbs.com

- **Whitney Erin Street**
  wstreet@blockesq.com

- **Stefanie Jill Sundel**
  stefanie.sundel@blbglaw.com

- **David Brendan Toscano**
  david.toscano@dpw.com

- **Stephen William Tountas**
  stountas@labaton.com,electroniccasefiling@labaton.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

- **Daniel John Walker**
  dwalker@bm.net

- **Steven Peter Winter**
  swinter@wlrk.com,calert@wlrk.com

- **Frank H. Wohl**
  fwohl@lswlaw.com,rmarchitello@lswlaw.com

- **Jacob H. Zamansky**
  jake@zamansky.com,august@zamansky.com,ecf@zamansky.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Futures Capital Management, LLC
,

Jeffry M. Henderson
175 W. Jackson Boulevard
Suite 240
Chicago, IL 60604

Robert Marcin
,
```

**Ali A. Rangchi Bozorki**
,

**Steven R Ross**
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**John J. Witmeyer**                                          , **III**
Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-1875