UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOSEPH DEANGELIS,

                Plaintiff,

       v.

JON S. CORZINE, HENRI J. STEENKAMP,
BRADLEY I. ABELOW, and MICHAEL G.
STOCKMAN,

                Defendants.

THIS DOCUMENT RELATES TO
The following Consolidated Actions:

Espinoza v. Corzine, et al., 11 CIV 7960;

Petro v. Corzine, et al., 11 CIV 8253;

Double D Trading LLC v. Corzine, et al., 11 CIV 8271;

IBEW Local 90 Pension Fund v. Corzine, et al., 11 CIV 8401;

Accomazzo v. Corzine, et al., 11 CIV 8467;

Rodriguez v. Corzine, et al., 11 CIV 8815;

Daly v. Corzine, et al., 11 CIV 8823;

Context Partners Fund LP v. Corzine, et al., 11 CIV 8888;

Sapere CTA Fund, LP v. Corzine, et al., 11 CIV 9114

Marcin v. Corzine, et al., 12 CIV 499

Paradigm Global Fund I Ltd., et al v. Corzine, et al., 12 CIV 740;

Summit Trust Co. v. Corzine, et al., 11 CIV 87;

Kay P. Tee, LLC, et al. v. Corzine, et al., 12 CIV 195

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/12

Case No. 11-CV-7866 (VM)

**ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL**

The motion of Steven R. Ross, of Akin Gump Strauss Hauer & Feld LLP, to withdraw as counsel for Defendant J. Randy MacDonald in the above captioned actions is granted.

Dated: 6 March 2012

United States District Judge Victor Marrero

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------ x

JOSEPH DEANGELIS,

                Plaintiff,

      v.

JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY I. ABELOW, and MICHAEL G. STOCKMAN,

                Defendants.

------------------------------------------------------------

Case No. 11-CV-7866 (VM)

THIS DOCUMENT RELATES TO
The following Consolidated Actions:

Espinoza v. Corzine, et al., 11 CIV 7960;

Petro v. Corzine, et al., 11 CIV 8253;

Double D Trading LLC v. Corzine, et al., 11 CIV 8271;

IBEW Local 90 Pension Fund v. Corzine, et al., 11 CIV 8401;

Accomazzo v. Corzine, et al., 11 CIV 8467;

Rodriguez v. Corzine, et al., 11 CIV 8815;

Daly v. Corzine, et al., 11 CIV 8823;

Context Partners Fund LP v. Corzine, et al., 11 CIV 8888;

Sapere CTA Fund, LP v. Corzine, et al., 11 CIV 9114

Marcin v. Corzine, et al., 12 CIV 499

Paradigm Global Fund I Ltd., et al v. Corzine, et al., 12 CIV 740;

Summit Trust Co. v. Corzine, et al., 11 CIV 87;

Kay P. Tee, LLC, et al. v. Corzine, et al., 12 CIV 195

------------------------------------------------------------ x

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Civil Rules of the United States Court for the Southern District of New York, I, Steven R. Ross, of Akin Gump Strauss Hauer & Feld LLP, hereby move this Court for an Order allowing me to withdraw as counsel for Defendant J. Randy MacDonald in the above-captioned actions.

Although I am personally withdrawing as counsel, Mr. MacDonald will continue to be represented by my firm Akin Gump Strauss Hauer & Feld LLP. (*See* Dkt Nos. 75-78 (Notices of Appearance filed by my colleagues).) There will therefore be no disruption to either the Court's calendar or the provision of legal services to Mr. MacDonald.

Dated: Washington, District of Columbia
February 27, 2012

Respectfully Submitted

Steven R. Ross
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000
(202) 887-4288
sross@akingump.com

*Attorneys for J. Randy MacDonald*

**EXHIBIT "A"**

Case 1:12-cv-00865-VM Document 247 Filed 04/02/22 Page 5 of 5