UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
JOSEPH DEANGELIS,                                         :
                                                          :            11 Civ. 7866 (VM)
                              Plaintiff,                  :
                                                          :
              -against-                                   :
                                                          :
JON S. CORZINE, HENRI J. STEENKAMP,                      :
BRADLEY I. ABELOW, AND MICHAEL G.                        :
STOCKMAN,                                                 :
                                                          :
                              Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
THIS DOCUMENT RELATES TO                                  :
                                                          :
The following Consolidated Action:                        :            **NOTICE OF WITHDRAWAL**
                                                          :
Sapere CTA Fund, LP v. Corzine, et al.                    :
11 CV 9114                                                :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE of my withdrawal as attorney of record for

defendant J.C. Flowers & Co. LLC and remove my name from your service and/or email

notification lists.  Other counsel from Debevoise & Plimpton LLP who have appeared in

this case will continue to represent J.C. Flowers & Co. LLC.


Dated: New York, New York
       March 6, 2012

DEBEVOISE & PLIMPTON LLP

By: /s/ David W. Feder
David W. Feder
(dwfeder@debevoise.com)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorney for J.C. Flowers & Co. LLC*

SO ORDERED:
3 April 2012

U.S.D.J.
Victor Marrero

2