UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Deangelis et al., ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> Jon Corzine et al., ) <br> ) <br> *Defendants* ) <br> ) | No. 11 Civ. 7866 <br><br> The Honorable Victor Marrero |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please take notice that Darren Bernens Kinkead of Steptoe & Johnson LLP, who is admitted to practice before this Court, hereby enters his appearance as counsel of record for Defendant Edith O'Brien in the above-captioned action.

Dated: Chicago, Illinois
       June 20, 2012

STEPTOE & JOHNSON LLP

By: /s/ Darren Bernens Kinkead
    Darren Bernens Kinkead

115 S. LaSalle St., Ste. 3100
Chicago, IL 60603-3903
Telephone: (312) 577-1246
Facsimile: (312) 577-1370
Email: dkinkead@steptoe.com

*Attorney for Defendant Edith O'Brien*