UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JOSEPH DEANGELIS, | : |
| | : Case No. 11-cv-7866 (VM) |
| Plaintiff, | : |
| | : **NOTICE OF APPEARANCE** |
| - against - | : |
| | : ECF Case |
| JON S. CORZINE, et al., | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record in the above-captioned proceeding for Bernard W. Dan, Frederick R. Demler, Stephen J. Grady and Rick D. Leesley, named defendants in certain actions consolidated with the above-captioned proceeding, and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 2, 2012

HERRICK, FEINSTEIN LLP

By: /s/ David M. Rosenfield
David M. Rosenfield
2 Park Avenue
New York, New York 10016
Phone: 212.592.1400
Fax: 212.592.1500

*Attorneys for Defendants Bernard W. Dan, Frederick R. Demler, Stephen J. Grady and Rick D. Leesley*