UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
: Civil Action No.
JOSEPH DEANGELIS, et al., : 1:11-cv-7866 (VM)
:
               Plaintiffs, :
:
  -against- :
: **NOTICE OF**
JOHN S. CORZINE, et al., : **APPEARANCE**
:
              Defendants. :
:
----------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant, Alison Carnwath. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
       July 3, 2012

          **BOIES, SCHILLER & FLEXNER LLP**

          By:   /S/ Marilyn C. Kunstler

          Marilyn C. Kunstler
          575 Lexington Avenue
          New York, New York 10022
          (212) 446-2300

          *Attorneys for Defendant Alison Carnwath*