JAMES M. ADRIAN
MICHAEL L. ANANIA
DAVID A. BEKE
CHARLES A. BOOTH
CUSHING O. CONDON
JOSEPH D'AMBROSIO
ELIZABETH M. DECRISTOFARO
THOMAS R. ESPOSITO
STUART C. LEVENE
EDWARD M. PINTER
MICHAEL J. TRICARICO
JOHN J. WITMEYER III

ALFRED L. D'ISERNIA
COUNSEL

WILLIAM P. FORD
(1976-2008)
VICTOR G. GLESER
(1979-1992)
RICHARD B. MARRIN
(1976-2010)

**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**
WALL STREET PLAZA
NEW YORK, N.Y. 10005-1875

212-269-4900
TELECOPIER 212-344-4294

RICHARD J. AHN
CATHERINE B. ALTIER
ROBERT G. BECK
PATRICK J. BERNAL
REBECCA A. DU BOFF
SETH B. GOLDBERG
JON R. GRABOWSKI
LINDSAY S. HAMILTON
MICHAEL R. KUEHN
GREGORY J. LULLO
ANDREW I. MANDELBAUM
JOHN A. MATTOON
MATTHEW C. McCANN
LISSA A. PALERMO
MEGHAN E. RUESCH
SHAYNE W. SPENCER
DOUGLAS J. STEINKE
DANIEL E. VINISH

539 VALLEY ROAD
UPPER MONTCLAIR, N.J. 07043
973-744-3700
TELECOPIER 973-509-1565

August 17, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/12

**VIA FACSIMILE (212) 805-6382**
Hon. Victor Marrero
United States District Court
 For the Southern District of New York
United States Courthouse
500 Pearl Street – Suite 660
New York, New York 10007

Re: *DeAngelis v. Corzine, et al.*, 11-cv-7866 (VM) –
 *Sapere CTA Fund, L.P. v. Corzine, et al.*, 11-cv-9114 (VM)

Dear Judge Marrero:

We represent Sapere CTA Fund, L.P. ("Sapere"). This letter responds to the August 17, 2012 letter to Your Honor by counsel for Jon Corzine, which responded to the August 15, 2012 letter to Your Honor by Interim Co-Lead Counsel for the Customer Class.

Sapere consents to the extensions of time proposed by Interim Co-Lead Counsel for the Customer Class and counsel for Jon Corzine. Sapere further requests that its time for filing its amended complaint be extended to match that of the Customer Class. We respectfully submit that this will achieve litigation economy and consistency. Otherwise, there would be different response, motion and briefing schedules with respect to the commodities plaintiffs.

Respectfully submitted,

John J. Witmeyer III

JJW:mac
cc: Magistrate Judge Francis
 All counsel (via email)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *Sapere CTA Fund*.

**SO ORDERED.**

9-5-12
DATE

VICTOR MARRERO, U.S.D.J.