JAMES M. ADRIAN
MICHAEL L. ANANIA
DAVID A. BEKE
CHARLES A. BOOTH
CUSHING O. CONDON
JOSEPH D'AMBROSIO
ELIZABETH M. DECRISTOFARO
THOMAS R. ESPOSITO
STUART C. LEVENE
EDWARD M. PINTER
MICHAEL J. TRICARICO
JOHN J. WITMEYER III

ALFRED L. D'ISERNIA
  COUNSEL

WILLIAM P. FORD
  (1976-2008)
VICTOR G. GLESER
  (1979-1992)
RICHARD B. MARRIN
  (1978-2010)

**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**
WALL STREET PLAZA
NEW YORK, N.Y. 10005-1875

212-269-4900
TELECOPIER 212-344-4294

RICHARD J. AHN
CATHERINE B. ALTIER
ROBERT G. BECK
STEPHEN A. CHUK
SETH B. GOLDBERG
JON A. GRABOWSKI
LINDSAY S. HAMILTON
MICHAEL R. KUEHN
GREGORY J. LULLO
ANDREW I. MANDELBAUM
JOHN A. MATTOON
LISSA A. PALERMO
MEGHAN E. RUESCH
SHAYNE W. SPENCER
DOUGLAS J. STEINKE
DANIEL E. VINISH

539 VALLEY ROAD
UPPER MONTCLAIR, N.J. 07043
973-744-3700
TELECOPIER 973-509-1565

September 13, 2012

**VIA FACSIMILE (212) 805-6382**
Hon. Victor Marrero
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street – Suite 660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/12

Re: *DeAngelis v. Corzine, et al.*, 11-cv-7866 (VM) –
*Sapere CTA Fund, L.P. v. Corzine, et al.*, 11-cv-9114 (VM)

Dear Judge Marrero:

We represent Sapere CTA Fund, L.P. ("Sapere"). This letter responds to the September 10, 2012 letter to Your Honor by Interim Co-Lead Counsel for the Customer Class.

Sapere consents to the extensions of time proposed by Interim Co-Lead Counsel for the Customer Class. Sapere further requests that its time for filing its amended complaint be extended to match that of the Customer Class. We respectfully submit that this will achieve litigation economy and consistency. Otherwise, there would be different response, motion and briefing schedules with respect to the commodities plaintiffs. As with the request by the Interim Co-Lead Counsel for the Customer Class, this is Sapere's second request for an extension of the deadline to file its amended complaint.

Respectfully submitted,

John J. Witmeyer III

JJW:mac

cc: Hon. James C. Francis (via fax 212-805-7930)
    All counsel (via email)

SO ORDERED. Request GRANTED. The time for plaintiff Sapere CTA Fund to file an amended complaint is extended to coincide with the date for similar filing by the Customer Class.

DATE 9-14-12  VICTOR MARRERO, U.S.D.J.