UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

DEANGELIS,

                Plaintiff,

-against-

CORZINE, et al.,

                Defendant.

------------------------------------------------------

Case No. 1:11-CV-7866 (VM)

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Marilyn Kunstler
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MK-4628  My State Bar Number is 2476919

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Boies, Schiller & Flexner LLP
                FIRM ADDRESS: 333 Main Street, Armonk, New York 10504
                FIRM TELEPHONE NUMBER: (914) 749-8200
                FIRM FAX NUMBER: (914) 749-8300

NEW FIRM:  FIRM NAME: Boies, Schiller & Flexner LLP
                FIRM ADDRESS: 575 Lexington Avenue, New York, New York 10022
                FIRM TELEPHONE NUMBER: (212) 446-2300
                FIRM FAX NUMBER: (212) 446-2350

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 5, 2012                 /s/ Marilyn Kunstler
                                          ATTORNEY'S SIGNATURE