| | | |
|---|---|---|
| JAMES M. ADRIAN<br>MICHAEL L. ANANIA<br>DAVID A. BEKE<br>CHARLES A. BOOTH<br>CUSHING O. CONDON<br>JOSEPH D'AMBROSIO<br>ELIZABETH M. DECRISTOFARO<br>THOMAS R. ESPOSITO<br>STUART C. LEVENE<br>EDWARD M. PINTER<br>MICHAEL J. TRICARICO<br>JOHN J. WITMEYER III<br><br>ALFRED L. D'ISERNIA<br>COUNSEL<br><br>WILLIAM P. FORD<br>(1976-2008)<br>VICTOR G. GLESER<br>(1979-1992)<br>RICHARD B. MARRIN<br>(1976-2010) | **FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**<br>WALL STREET PLAZA<br>NEW YORK, N.Y. 10005-1875<br>212-269-4900<br>TELECOPIER 212-344-4294 | RICHARD J. AHN<br>CATHERINE B. ALTIER<br>ROBERT G. BECK<br>REBECCA A. DU BOFF<br>BETH B. GOLDBERG<br>JON R. GRABOWSKI<br>LINDSAY S. HAMILTON<br>MICHAEL R. KUEHN<br>GREGORY J. LULLO<br>ANDREW I. MANDELBAUM<br>JOHN A. MATTOON<br>LISSA A. PALERMO<br>MEGHAN E. RUESCH<br>SHAYNE W. SPENCER<br>DOUGLAS J. STEINKE<br>DANIEL E. VINISH<br><br>539 VALLEY ROAD<br>UPPER MONTCLAIR, N.J. 07043<br>973-744-3700<br>TELECOPIER 973-509-1565 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12

November 5, 2012

**VIA FACSIMILE (212)805-6382**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *DeAngelis v. Corzine et al.*, 11-cv-7866 (VM)-
           *Sapere CTA Fund, L.P. v. Corzine et al.*, 11-cv-9114 (VM)

Dear Judge Marrero:

      We represent Sapere CTA Fund, L.P. ("Sapere"). We are writing to advise Your Honor that Sapere has reached an agreement with counsel for defendant Jon S. Corzine for an extension of time for Sapere to file its Amended Complaint, which would have been due on November 5, 2012.[1] The need for this extension stems from the extraordinary damage caused by Hurricane Sandy to the Financial District in southern Manhattan, especially the building in which our firm maintains its main office, Wall Street Plaza. Our office has been without power, telephone and internet, mail and overnight delivery and without access to our firm's document management system since Hurricane Sandy struck this region on October 29, 2012. The Wall Street Plaza building is not operational and is closed to use other than as part of repair and recovery. It is currently unclear when services will be restored to our office and when it will be safe to return to our office.

      We contacted counsel for defendant Corzine last week and we agreed that Sapere will have 14 days from the time in which power is restored to our office to file its Amended Complaint. Counsel for defendant Corzine advised us that he consulted with counsel for other defendants and that those other defendants did not object to this agreed

---

[1] Sapere's previous requests for an extension to file its Amended Complaint were in response to extensions requested by the commodities customer class and defendants. These extensions were granted.

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.

extension. We agreed that defendants will have an equal number of days to respond to Sapere's Amended Complaint as defendants will have to respond to the commodities customer class plaintiffs' complaint. Sapere's response would be due 60 days after defendants' response to Sapere's Amended Complaint, and defendants' replies would be due 30 days thereafter.

Given extraordinary circumstances caused by Hurricane Sandy, we respectfully request that the Court extend Sapere's time to file its Amended Complaint to 14 days from the time in which power is actually restored to our office Wall Street Plaza, 88 Pine Street, New York, NY 10005-1875.

Respectfully submitted,

Jon R. Grabowski

cc:  Magistrate Judge Francis (via facsimile 212-805-7930)
All counsel (via email)

> Request GRANTED. The time for plaintiff Sapere CTA Fund to file an amended complaint herein is extended to 14 days of the date power is restored to counsel's office as set forth above, notice of which counsel shall give promptly to defendants and the Court.
>
> SO ORDERED.
>
> DATE 11-7-12  VICTOR MARRERO, U.S.D.J.