JAMES M ADRIAN
MICHAEL L. ANANIA
DAVID A BEKE
CHARLES A. BOOTH
CUSHING O CONDON
JOSEPH D'AMBROSIO
ELIZABETH M. DECRISTOFARO
THOMAS R. ESPOSITO
STUART C. LEVENE
EDWARD M. PINTER
MICHAEL J TRICARICO
JOHN J. WITMEYER III

ALFRED L. D'ISERNIA
    COUNSEL

WILLIAM P. FORD
  (1976-2008)
VICTOR G GLESER
  (1979-1992)
RICHARD B. MARRIN
  (1976-2010)

RICHARD J AHN
CATHERINE B. ALTIER
ROBERT G BECK
REBECCA A. DU BOFF
SETH B. GOLDBERG
JON R GRABOWSKI
LINDSAY G HAMILTON
MICHAEL R KUEHN
GREGORY J. LULLO
ANDREW I MANDELBAUM
JOHN A MATTOON
LISSA A PALERMO
MEGHAN E RUESCH
SHAYNE W SPENCER
DOUGLAS J STEINKE
DANIEL E. VINISH

539 VALLEY ROAD
UPPER MONTCLAIR N J. 07043
973-744-3700
TELECOPIER 973-509-1565

**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**
WALL STREET PLAZA
NEW YORK, N.Y. 10005-1875
212-269-4900
TELECOPIER 212-344-4294

December 6, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/12

**VIA FACSIMILE (212) 805-6382**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *DeAngelis v. Corzine et al.*, 11-cv-7866 (VM)—
    *Sapere CTA Fund, L.P. v. Corzine et al.*, 11-cv-9114 (VM)

Dear Judge Marrero:

We represent Sapere Wealth Management LLC, Granite Asset Management and Sapere CTA Fund, L.P. (collectively, "Sapere") in the above-captioned action. Pursuant to a November 5, 2012 endorsed letter, because of damage caused by Hurricane Sandy, the deadline for Sapere to file its amended complaint was extended until two weeks after Ford Marrin Esposito Witmeyer & Gleser LLP's office regained power. We write now to inform Your Honor that ConEd power was restored as of Tuesday, December 4, 2012. Accordingly, Sapere's deadline to file its amended complaint is now Tuesday, December 18, 2012. Pursuant to the same November 5, 2012 endorsed letter, the defendants are to have an equal number of days to respond to Sapere's amended complaint as defendants have to respond to the customer class complaint, which results in a deadline of March 2, 2012. Sapere's response to any motion will be due 60 days thereafter. Defendants' reply will be due 30 days after Sapere's response.

Respectfully submitted,

Jon R. Grabowski

cc: Magistrate Judge Francis (via facsimile)
    All counsel of record (via e-mail)

SO ORDERED. Request granted. The time for Plaintiff Sapere CTA Fund to file an amended complaint herein is extended to 12-18-12. Defendants' time to respond is extended to 3-2-13
12-7-12
DATE        VICTOR MARRERO, U.S.D.J.