# Dechert
LLP

**MEMO ENDORSED**

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/13

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3606  Direct
+1 212 698 0406  Fax

February 1, 2013

**VIA HAND DELIVERY**

Honorable James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>**Deangelis v. Corzine et al.**</u>**, 11 Civ. 7866 (VM) (JCF) (Consolidated)**

Dear Judge Francis:

We represent Jon S. Corzine and write on behalf of all parties in the Securities Action, the Commodity Customer Class Action and the *Sapere* Action[1] to advise the Court that they have agreed to attempt to mediate their respective disputes before the Honorable Daniel Weinstein. In addition to the parties to these actions, counsel for Louis Freeh, the Chapter 11 Trustee of MF Global Holdings Ltd, has advised us that the Chapter 11 Trustee, who contends that he has claims against certain of the defendants already named in the above-referenced action, intends to participate in the mediation. Counsel for James Giddens, the SIPA Trustee of MF Global Inc., may also participate.

The parties are working with Judge Weinstein to develop a framework for the mediation, and Judge Weinstein will arrange for dates to meet or speak with the parties (separately or in groups, depending on the framework of the mediation and on the parties' schedules and that of Judge Weinstein) and to receive submissions from them, as appropriate. We understand that Judge Weinstein will be in discussions with the parties about potential dates in March.

Accordingly, the parties respectfully request that the Court enter a stay of all proceedings in these actions, including a stay of discovery in the *Sapere* Action and the Commodity Customer Class Action for sixty (60) days,[2] except that the defendants in the Securities Action will be required to file their reply memoranda in connection with their motions to dismiss the complaint on February

---

[1]     A copy of this letter has been sent by email to counsel for all parties in the Securities Action, the Commodity Customer Class Action and the *Sapere* Action.

[2]     Discovery is stayed in the Securities Action pursuant to 15 U.S.C. § 78u-4(b)(3)(B).



Hon. James C. Francis
February 1, 2013
Page 2

1, 2013. The parties will advise the Court before the expiration of the stay whether they believe the stay should be continued.

To ensure that no party is prejudiced by a stay should mediation prove unsuccessful, we further request that the following schedule apply to pending matters in the event that the Court enters an order lifting the stay:

(i) Responses to all outstanding discovery requests in the Commodity Customer Class Action and the initial disclosures in the *Sapere* Action shall be served 14 days after entry of an order lifting the stay;

(ii) Plaintiffs' responses to defendants' motions to dismiss in the Commodity Customer Class Action shall be filed 45 days after entry of an order lifting the stay;

(iii) Defendants' reply in support of their motions to dismiss in the Commodity Customer Class Action shall be filed 30 days after the Plaintiffs' responses are filed;

(iv) Defendants' motions to dismiss in the *Sapere* Action shall be filed 45 days after entry of an order lifting the stay;

(v) Plaintiff's response to defendants' motions to dismiss in the *Sapere* Action shall be filed 60 days after Defendants' motions are filed; and

(vi) Defendants' reply in support of their motions to dismiss in the *Sapere* Action shall be filed 30 days after Plaintiff's response is filed.

We have shared this letter with counsel copied below, and all have agreed to the submission of this letter on their behalf.

Respectfully submitted

Benjamin E. Rosenberg

2/6/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ



Hon. James C. Francis
February 1, 2013
Page 3

|     |     |     |
| --- | --- | --- |
| cc: | Honorable Martin Glenn | |
|     | Honorable Victor Marrero | |
|     | Merrill G. Davidoff | Interim co-lead counsel for customer plaintiffs |
|     | Andrew J. Entwistle | Interim co-lead counsel for customer plaintiffs |
|     | Javier Bleichmar | Co-lead counsel for lead plaintiffs Her Majesty the Queen in Right of Alberta and the Virginia Retirement System |
|     | Salvatore J. Graziano | Co-lead counsel for lead plaintiffs Her Majesty the Queen in Right of Alberta and the Virginia Retirement System, and counsel for Named Plaintiffs Government of Guam Retirement Fund and West Virginia Laborers' Pension Trust Fund |
|     | John J. Witmeyer III | Counsel for Sapere CTA Fund L.P. |
|     | Arthur Aufses III | Counsel for Bradley I. Abelow |
|     | Christopher J. Barber | Counsel for Edith O'Brien |
|     | James N. Benedict | Counsel for Michael G. Stockman |
|     | Neil S. Binder | Counsel for Henri Steenkamp |
|     | Gregory Boyle | Counsel for the Chicago Mercantile Exchange Inc. and the CME Group Inc. |
|     | James J. Capra, Jr. | Counsel for PricewaterhouseCoopers LLP |
|     | Therese Doherty | Counsel for Matthew Besgen and Sumit Advani |
|     | G. Robert Gage, Jr. | Counsel for Tom Connolly, David Simons and Robert Lyons |
|     | David A. Geier | Counsel for Matthew M. Hughey |
|     | Adam S. Hakki | Counsel for Jefferies & Company, Inc., BMO Capital Markets Corp., Commerz Markets LLC, Natixis Securities North America Inc., Lebenthal & Co, LLC, Sandler O'Neill & Partners, L.P. and U.S. Bancorp Investments, Inc. |
|     | Robert H. Hotz, Jr. | Counsel for Randy MacDonald |
|     | Harris Kay | Counsel for Christy Vavra and Tim Mundt |



| | |
|---|---|
| Helen B. Kim | Counsel for Dennis A. Klejna |
| Mark A. Kirsch | Counsel for Citigroup Global Markets, Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch Pierce, Fenner & Smith Incorporated, and RBS Securities Inc. |
| Gregory J. O'Connell | Counsel for Vinay Mahajan |
| Edmund Polubinski III | Counsel for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis, and Robert S. Sloan |
| Daniel E. Reynolds | Counsel for Laurie R. Ferber |
| Jayne S. Robinson | Counsel for Christine A. Serwinski |
| Laura Steinberg | Counsel for David Dunne. |
| Maeve O'Connor | Counsel for J.C. Flowers & Co. LLC. |