UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Joseph Deangelis,                    Plaintiff,           Case No. 11-cv-7866-VM

      -against-

Jon S. Corzine., et al.,              Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Roger J. Bernstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RB 1228        My State Bar Number is: 1969476

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Roger J. Bernstein, Attorney at Law
                  FIRM ADDRESS: 233 Broadway, Suite 2701, New York, NY 10279
                  FIRM TELEPHONE NUMBER: 212 227 8383
                  FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Roger J. Bernstein, Attorney at Law
                    FIRM ADDRESS: 535 Fifth Avenue, 35th Floor, New York, NY 10017
                    FIRM TELEPHONE NUMBER: 212 748 4800
                    FIRM FAX NUMBER: 646 964 6633

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 17, 2013                    /s Roger J. Bernstein
                                                    ATTORNEY'S SIGNATURE