JAMES M. ADRIAN
MICHAEL L. ANANIA
DAVID A. BEKE
CHARLES A. BOOTH
CUSHING O. CONDON
JOSEPH D'AMBROSIO
ELIZABETH M. DECRISTOFARO
THOMAS R. ESPOSITO
STUART C. LEVENE
EDWARD H. PINTER
MICHAEL J. TRICARICO
JOHN J. WITMEYER III

ALFRED L. D'ISERNIA
  COUNSEL

WILLIAM P. FORD
  (1976-2008)
VICTOR G. GLESER
  (1979-1992)
RICHARD S. MARRIN
  (1976-2010)

**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**
WALL STREET PLAZA
NEW YORK, N.Y. 10005-1875
212-269-4900
TELECOPIER 212-344-4294

RICHARD J. AHN
CATHERINE B. ALTIER
ROBERT G. BECK
STEPHEN R. CHUK
SETH B. GOLDBERG
JON R. GRABOWSKI
LINDSAY S. HAMILTON
MICHAEL R. KUEHN
GREGORY J. LULLO
ANDREW I. MANDELBAUM
JOHN A. MATTOON
LISSA A. PALERMO
MEGHAN E. RUESCH
SHAYNE W. SPENCER
DOUGLAS J. STEINKE
DANIEL E. VINISH

539 VALLEY ROAD
UPPER MONTCLAIR, N.J. 07043
973-744-3700
TELECOPIER 973-509-1565

June 25, 2013

**VIA FACSIMILE**
Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/28/13

Re: *DeAngelis v. Corzine, et al.*, 11-cv-7866(VM) –
    *Sapere CTA Fund, L.P. v. Corzine, et al.*, 11-cv-9114(VM)

Dear Judge Francis:

We represent Sapere Wealth Management, Granite Asset Management and Sapere CTA Fund, L.P. (collectively, "Sapere"). We write in response to Commodities Class Interim Co-Lead Counsel's June 24, 2103 letter to Your Honor. In Sapere's view, the stay that expired on June 24th should not be renewed. The mediation sessions to date have in our view not been productive, nor does Sapere anticipate that future sessions will lead to meaningful settlement discussions. Additionally, among other things, the mediation has been and will continue to be unable to achieve progress because information in the possession of MF Global Holdings, Ltd. and/or any of the defendants has not been made available.

Sincerely,

Jon R. Grabowski

cc: Hon. Victor Marrero (via facsimile)
    All Counsel (via email)

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff Sapere.
>
> **SO ORDERED.**
>
> 6-26-13
> DATE        VICTOR MARRERO, U.S.D.J.