UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                  :
JOSEPH DEANGELIS, et al.,         :   Civil Action No.
                                  :   11 Civ. 7866 (VM) (JCF)
                    Plaintiffs,   :
                                  :   ECF Case
         -against-                :
                                  :
JON S. CORZINE, et al.            :
                                  :
                    Defendants.   :
                                  :
---------------------------------X
                                  :
SAPERE CTA FUND, L.P.,            :   Civil Action No.
                                  :   11 Civ. 9114 (VM)
                    Plaintiff,    :
                                  :
         -against-                :
                                  :
JON S. CORZINE, BRADLEY I.        :
ABELOW, HENRI J. STEENKAMP,       :
DAVID P. BOLGER, EILEEN S. FUSCO, :
DAVID GELBER, MARTIN J. GLYNN,    :
EDWARD L. GOLDBERG, DAVID I.      :
SCHAMIS, ROBERT S. SLOAN, LAURIE  :
R. FERBER, JOHN RANALD            :
MacDONALD, CHRISTINE A.           :
SERWINSKI, MICHAEL G. STOCKMAN,   :
DENNIS A. KLEJNA, THOMAS F.       :
CONNOLLY, DAVID SIMONS, J.C.      :
FLOWERS & CO. LLC, CHRISTY        :
VAVRA, VINAY MAHAJAN, EDITH       :
O'BRIEN, ROBERT LYONS, DAVID      :
DUNNE, MATTHEW V. BESGEN,         :
SUMIT ADVANI, MATTHEW M.          :
HUGHEY, TIM MUNDT,                :
PRICEWATERHOUSECOOPERS LLP        :
                                  :
                    Defendants.   :
                                  :
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/13

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sapere CTA Fund, L.P., through its undersigned counsel, hereby voluntarily dismisses Defendant Sumit Advani as a party to this action without prejudice and without cost to any party. All other Defendants remain parties to this proceeding.

Dated:   New York, New York
         October 25, 2013

**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**

By: _/s/ Jon R. Grabowski_
    Jon R. Grabowski
    Edward M. Pinter
Wall Street Plaza
New York, NY 10005-1875
Tel: (212) 269-4900
Fax: (212) 344-4294
Email:  jrgrabowski@fmew.com
        empinter@fmew.com

- and -

**HOWARD, STALLINGS, FROM & HUTSON, P.A.**

Joseph H. Stallings
5410 Trinity Road, Suite 210
P.O. Box 12347
Raleigh, North Carolina 27605
Tel: (919) 821-7700
Fax: (919) 821-7703
Email: jstallings@hsfh.com

*Attorneys for Sapere CTA Fund, L.P.*

**SO ORDERED:**
_/s/_
U.S.D.J.

**SO ORDERED.**
11-1-13
DATE    VICTOR MARRERO, U.S.D.J.

2