UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

JOSEPH DEANGELIS, et al.,

                Plaintiffs,

-against-

JON S. CORZINE, et al.

                Defendants.

----------------------------------X

SAPERE CTA FUND, L.P.,

                Plaintiff,

-against-

JON S. CORZINE, BRADLEY I.
ABELOW, HENRI J. STEENKAMP,
DAVID P. BOLGER, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,
EDWARD L. GOLDBERG, DAVID I.
SCHAMIS, ROBERT S. SLOAN, LAURIE
R. FERBER, JOHN RANALD
MacDONALD, CHRISTINE A.
SERWINSKI, MICHAEL G. STOCKMAN,
DENNIS A. KLEJNA, THOMAS F.
CONNOLLY, DAVID SIMONS, J.C.
FLOWERS & CO. LLC, CHRISTY
VAVRA, VINAY MAHAJAN, EDITH
O'BRIEN, ROBERT LYONS, DAVID
DUNNE, MATTHEW V. BESGEN,
SUMIT ADVANI, MATTHEW M.
HUGHEY, TIM MUNDT,
PRICEWATERHOUSECOOPERS LLP

                Defendants.

----------------------------------X

Civil Action No.
11 Civ. 7866 (VM) (JCF)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2013

Civil Action No.
11 Civ. 9114 (VM)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sapere CTA Fund, L.P., through its undersigned counsel, hereby voluntarily dismisses Defendant Tim Mundt as a party to this action without prejudice and without cost to any party. All other Defendants remain parties to this proceeding.

Dated:   New York, New York
         October 25, 2013

**SO ORDERED:**

_____
U.S.D.J.

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.

By: */s/ Jon R. Grabowski*
    Jon R. Grabowski
    Edward M. Pinter
Wall Street Plaza
New York, NY 10005-1875
Tel: (212) 269-4900
Fax: (212) 344-4294
Email: jrgrabowski@fmew.com
       empinter@fmew.com

- and -

HOWARD, STALLINGS, FROM &
HUTSON, P.A.

Joseph H. Stallings
5410 Trinity Road, Suite 210
P.O. Box 12347
Raleigh, North Carolina 27605
Tel: (919) 821-7700
Fax: (919) 821-7703
Email: jstallings@hsfh.com

*Attorneys for Sapere CTA Fund, L.P.*

2

SO ORDERED.

11-1-13
DATE         VICTOR MARRERO, U.S.D.J.