UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
JOSEPH DEANGELIS, et al.,          :   Civil Action No.
                                   :   11 Civ. 7866 (VM) (JCF)
                  Plaintiffs,      :
                                   :   ECF Case
      -against-                    :
                                   :
JON S. CORZINE, et al.             :
                                   :
                  Defendants.      :
                                   :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2013

:
SAPERE CTA FUND, L.P.,             :   Civil Action No.
                                   :   11 Civ. 9114 (VM)
                  Plaintiff,       :
                                   :
      -against-                    :
                                   :
JON S. CORZINE, BRADLEY I.         :
ABELOW, HENRI J. STEENKAMP,        :
DAVID P. BOLGER, EILEEN S. FUSCO,  :
DAVID GELBER, MARTIN J. GLYNN,     :
EDWARD L. GOLDBERG, DAVID I.       :
SCHAMIS, ROBERT S. SLOAN, LAURIE   :
R. FERBER, JOHN RANALD             :
MacDONALD, CHRISTINE A.            :
SERWINSKI, MICHAEL G. STOCKMAN,    :
DENNIS A. KLEJNA, THOMAS F.        :
CONNOLLY, DAVID SIMONS, J.C.       :
FLOWERS & CO. LLC, CHRISTY         :
VAVRA, VINAY MAHAJAN, EDITH        :
O'BRIEN, ROBERT LYONS, DAVID       :
DUNNE, MATTHEW V. BESGEN,          :
SUMIT ADVANI, MATTHEW M.           :
HUGHEY, TIM MUNDT,                 :
PRICEWATERHOUSECOOPERS LLP         :
                                   :
                  Defendants.      :
                                   :
----------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sapere CTA Fund, L.P., through its undersigned counsel, hereby voluntarily dismisses Defendant Christy Vavra as a party to this action without prejudice and without cost to any party. All other Defendants remain parties to this proceeding.

Dated:  New York, New York
        October 25, 2013

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.

By: /s/ Jon R. Grabowski
    Jon R. Grabowski
    Edward M. Pinter
Wall Street Plaza
New York, NY 10005-1875
Tel: (212) 269-4900
Fax: (212) 344-4294
Email:  jrgrabowski@fmew.com
        empinter@fmew.com

- and -

HOWARD, STALLINGS, FROM &
HUTSON, P.A.

Joseph H. Stallings
5410 Trinity Road, Suite 210
P.O. Box 12347
Raleigh, North Carolina 27605
Tel: (919) 821-7700
Fax: (919) 821-7703
Email:  jstallings@hsfh.com

*Attorneys for Sapere CTA Fund, L.P.*

**SO ORDERED:**

/s/
U.S.D.J.

2

SO ORDERED.

11-1-13
DATE    VICTOR MARRERO, U.S.D.J.