JAMES M. ADRIAN
MICHAEL L. ANANIA
DAVID A. BEKE
CHARLES A. BOOTH
CUSHING O. CONDON
JOSEPH D. AMBROSIO
ELIZABETH M. DeCRISTOFARO
THOMAS R. ESPOSITO
STUART C. LEVENE
EDWARD M. PINTER
MICHAEL J. TRICARICO
JOHN J. WITMEYER III

ALFRED L. D'ISERNIA
    COUNSEL

WILLIAM P. FORD
  (1926-2008)
VICTOR G. GLESER
  (1929-1992)
RICHARD B. MARRIN
  (1926-2010)

RICHARD J. AHN
CATHERINE B. ALTIER
ROBERT G. BECK
STEPHEN R. CHUK
SETH B. GOLDBERG
JON R. GRABOWSKI
LINDSAY S. HAMILTON
MICHAEL R. KUEHN
GREGORY J. LULLO
ANDREW I. MANDELBAUM
JOHN K. MATTOON
LISSA A. PALERMO
MEGHAN E. RUESCH
SHAYNE W. SPENCER
DOUGLAS J. STEINKE
DANIEL E. VINISH

# FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
## WALL STREET PLAZA
## NEW YORK, N.Y. 10005-1875
### 212-269-4900
TELECOPIER 212-344-4294

539 VALLEY ROAD
UPPER MONTCLAIR N.J. 07043
973-744-3700
TELECOPIER 973-509-1565

November 11, 2013

**VIA HAND DELIVERY AND FAX (212) 805-6382**
Hon. Victor Marrero
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street – Suite 660
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/13

Re: *DeAngelis v. Corzine, et al.*, 11-cv-7866 (VM) –
    *Sapere CTA Fund, L.P. v. Corzine, et al.*, 11-cv-9114 (VM)

Dear Judge Marrero:

We represent Sapere CTA Fund, L.P. ("Sapere") and submit this letter in response to Your Honor's request, during the conference call held with the Court on October 23, 2013, that Sapere update the Court concerning its claims.

As Your Honor may recall, you expressed a belief that the case could be complicated and expensive should the RICO claims go forward at this time and, rather, that the action should currently proceed on Sapere's other claims as asserted in its Amended Complaint dated December 18, 2012 (particularly the state law claims). After carefully considering Your Honor's observations, Sapere agrees with Your Honor's proposal that Sapere voluntarily dismiss without prejudice its RICO claims in the Amended Complaint (Counts II and III) with the express right to reassert these claims as discovery proceeds and more facts become available to Sapere. While Sapere believes that its RICO claims as asserted are well founded, Sapere also agrees with the Court that proceeding in this manner will assist in streamlining the initial phases of litigation.

We are also pleased to advise the Court that in an effort further to streamline the Sapere action, Sapere has successfully negotiated a number of stipulations of dismissal with certain

Hon. Victor Marrero           -2-           November 11, 2013
FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.

defendants. As a result Sapere has dismissed, without prejudice, its claims against Sumit Advani, Christy Vavra and Tim Mundt. We also expect to file a notice of voluntary dismissal without prejudice of Thomas Connolly as party to the Sapere action shortly.

For the sake of good order, we hereby request that Your Honor endorse this letter. However, if the Court wishes Sapere to make additional filings or proceed in an alternative manner, we invite the Court's further guidance.

Respectfully submitted,

Edward M. Pinter

cc: Hon. James C. Francis (via fax 212-805-7930)
    All counsel (via email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff Sapere CTA Fund, L.P. Sapere's complaint shall be deemed **SO ORDERED** amended to withdraw its RICO claim without prejudice.

11-12-13
DATE           VICTOR MARRERO, U.S.D.J.