**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
:
JOSEPH DEANGELIS, et al.,                     :   Civil Action No.
                                              :   11 Civ. 7866 (VM) (JCF)
              Plaintiffs,       :
                                              :   ECF Case
    -against-                                :
                                              :
JON S. CORZINE, et al.                        :
                                              :
              Defendants.       :
                                              :
-------------------------------X
:
SAPERE CTA FUND, L.P.,                        :   Civil Action No.
                                              :   11 Civ. 9114 (VM)
              Plaintiff,        :
                                              :
    -against-                                :
                                              :
JON S. CORZINE, BRADLEY I.                    :
ABELOW, HENRI J. STEENKAMP,                   :
DAVID P. BOLGER, EILEEN S. FUSCO,             :
DAVID GELBER, MARTIN J. GLYNN,                :
EDWARD L. GOLDBERG, DAVID I.                  :
SCHAMIS, ROBERT S. SLOAN, LAURIE              :
R. FERBER, JOHN RANALD                        :
MacDONALD, CHRISTINE A.                       :
SERWINSKI, MICHAEL G. STOCKMAN,               :
DENNIS A. KLEJNA, THOMAS F.                   :
CONNOLLY, DAVID SIMONS, J.C.                  :
FLOWERS & CO. LLC, CHRISTY                    :
VAVRA, VINAY MAHAJAN, EDITH                   :
O'BRIEN, ROBERT LYONS, DAVID                  :
DUNNE, MATTHEW V. BESGEN,                     :
SUMIT ADVANI, MATTHEW M.                      :
HUGHEY, TIM MUNDT,                            :
PRICEWATERHOUSECOOPERS LLP                    :
                                              :
              Defendants.       :
                                              :
-------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sapere CTA Fund, L.P., through its undersigned counsel, hereby voluntarily dismisses Defendant Thomas Connolly as a party to this action without prejudice and without cost to any party.  All other Defendants remain parties to this proceeding.

Dated:     New York, New York
           November 13, 2013

**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**

By:     */s/ Jon R. Grabowski*
        Jon R. Grabowski
        Edward M. Pinter
Wall Street Plaza
New York, New York 10005-1875
Tel:  (212) 269-4900
Fax: (212) 344-4294
Email:   jrgrabowski@fmew.com
         empinter@fmew.com

- and -

**HOWARD, STALLINGS, FROM & HUTSON, P.A.**

Joseph H. Stallings
5410 Trinity Road, Suite 210
P.O. Box 12347
Raleigh, North Carolina  27605
Tel:  (919) 821-7700
Fax: (919) 821-7703
Email:   jstallings@hsfh.com

*Attorneys for Sapere CTA Fund, L.P.*