UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

JOSEPH DEANGELIS, et al.,  :

                  Plaintiffs,  :

    -against-  :

JON S. CORZINE, et al.  :

                  Defendants.  :

---------------------------------X

SAPERE CTA FUND, L.P.,  :

                  Plaintiff,  :

    -against-  :

JON S. CORZINE, BRADLEY I.
ABELOW, HENRI J. STEENKAMP,
DAVID P. BOLGER, EILEEN S. FUSCO,
DAVID GELBER, MARTIN J. GLYNN,
EDWARD L. GOLDBERG, DAVID I.
SCHAMIS, ROBERT S. SLOAN, LAURIE
R. FERBER, JOHN RANALD
MacDONALD, CHRISTINE A.
SERWINSKI, MICHAEL G. STOCKMAN,
DENNIS A. KLEJNA, THOMAS F.
CONNOLLY, DAVID SIMONS, J.C.
FLOWERS & CO. LLC, CHRISTY
VAVRA, VINAY MAHAJAN, EDITH
O'BRIEN, ROBERT LYONS, DAVID
DUNNE, MATTHEW V. BESGEN,
SUMIT ADVANI, MATTHEW M.
HUGHEY, TIM MUNDT,
PRICEWATERHOUSECOOPERS LLP  :

                  Defendants.  :

---------------------------------X

Civil Action No.
11 Civ. 7866 (VM)(JCF)

ECF Case

Civil Action No.
11 Civ. 9114 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/13

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sapere CTA Fund, L.P., through its undersigned counsel, hereby voluntarily dismisses Defendant Thomas Connolly as a party to this action without prejudice and without cost to any party. All other Defendants remain parties to this proceeding.

Dated:   New York, New York
         November 13, 2013

        **FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**

        By:   */s/ Jon R. Grabowski*
             Jon R. Grabowski
             Edward M. Pinter
        Wall Street Plaza
        New York, New York 10005-1875
        Tel: (212) 269-4900
        Fax: (212) 344-4294
        Email:   jrgrabowski@fmew.com
                 empinter@fmew.com

        - and -

        **HOWARD, STALLINGS, FROM & HUTSON, P.A.**

        Joseph H. Stallings
        5410 Trinity Road, Suite 210
        P.O. Box 12347
        Raleigh, North Carolina 27605
        Tel: (919) 821-7700
        Fax: (919) 821-7703
        Email:   jstallings@hsfh.com

        *Attorneys for Sapere CTA Fund, L.P.*

SO ORDERED.

11-14-13
DATE      VICTOR MARRERO, U.S.D.J.