UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Sapere CTA Fund, LP            Plaintiff,      Case No. 1:11-cv-09114-VM

-against-

Corzine et al.                 Defendant.
-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Helen B. Kim**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HK 8757    My State Bar Number is 2190221

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Theodora Oringher PC
            FIRM ADDRESS: 10880 Wilshire Boulevard, Suite 1700
            FIRM TELEPHONE NUMBER: 310.788.3575
            FIRM FAX NUMBER: 310.551.0283

NEW FIRM:   FIRM NAME: Thompson Coburn LLP
            FIRM ADDRESS: 2029 Century Park East, 19th Floor
            FIRM TELEPHONE NUMBER: 310.282.2500
            FIRM FAX NUMBER: 310.282.2501

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: December 2, 2013              /s/
                                     ATTORNEY'S SIGNATURE