

# Dechert
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

BENJAMIN E. ROSENBERG

benjamin.rosenberg@dechert.com
+1 212 698 3606  Direct
+1 212 698 0406  Fax

November 26, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/13

**BY FACSIMILE**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Deangelis v. Corzine, et al.*, No. 11 Civ. 7866 (VM)
     (This Letter Pertains To *Sapere CTA Fund, L.P. v. Corzine, et al.*,
     No. 11 Civ. 9114 (VM))

Dear Judge Marrero:

We represent defendant Jon S. Corzine in the above-referenced consolidated action and multi-district litigation, and we write on behalf of Mr. Corzine and the 21 other individual defendants (the "Individual Defendants") pursuant to this Court's Individual Practices to request leave to submit a joint brief of no more than 40 pages in support of our motion to dismiss the complaint in *Sapere CTA Fund, L.P. v. Corzine, et al.*, as well as a single separate 10-page brief by the seven former employees of MFGI or MFGH who were not named in the Commodity Customer Class Action (the "Sapere-only Defendants")[1] and a single 10-page brief by the seven former independent directors of MFGH (the "Independent Directors"), who also were not named in the Commodity Customer Class Action.[2]

Even after plaintiff in *Sapere* dropped four defendants and two counts, its amended complaint still names 22 individual defendants, including officers, directors and individuals involved in the back-office operations of MF Global, Inc, and it asserts 12 claims for, among other things, alleged violations of the Commodity Exchange Act, breach of fiduciary duty, negligence, tortious interference, and trespass to chattels. In light of the plaintiff's changes, the individual defendants have reduced their request for pages by 25 pages.

---

[1] Defendants Matthew Besgen, Matthew Hughey, Dennis Klejna, Robert Lyons, John Ranald MacDonald, David Simons, and Michael Stockman.

[2] Defendants David Bolger, Eileen Fusco, David Gelber, Martin Glynn, Edward Goldberg, David Schamis and Robert Sloan.

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC    EUROPE  Brussels  Dublin  Frankfurt  London  Luxembourg  Moscow  Munich  Paris    ASIA  Beijing  Hong Kong



Hon. Victor Marrero
November 26, 2013
Page 2

We are mindful of the Court's admonitions that the parties should avoid needless motion practice. We respectfully submit, however, that the proposed motion is substantial, that the 22 individual defendants have worked efficiently to produce the briefs, and that the briefs will be useful to the Court, not redundant, and not unduly burdensome.

We have conferred with the plaintiff's counsel who has no objection to the page limits proposed in this letter.

Thank you for your consideration.

Respectfully submitted,

B. Rosenberg /PSK

Benjamin E. Rosenberg

cc (by email):   All counsel who have entered appearances in this action

Request GRANTED. The page limitations provision of the Court's Individual Practices is modified to authorize _defendants_ to file a brief not to exceed _40_ pages in connection with the motion _to dismiss the Complaint_ herein, with supplemental briefs as set forth above.
SO ORDERED.
12-3-13
DATE    VICTOR MARRERO, U.S.D.J.