UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOSEPH DEANGELIS,

                        Plaintiff,

          -against-                      Civil Action No.
                                      11 Civ. 7866 (VM)

JON S. CORZINE, *et al.*,              ECF Case

                      Defendants.        **NOTICE OF MOTION**

------------------------------------x

SAPERE CTA FUND, L.P.,               Civil Action No.
                                        11 Civ. 9114 (VM)

                      Plaintiff,

          -against-

JON S. CORZINE, *et al.*,

                      Defendants.

------------------------------------x

**NOTICE OF DEFENDANT J.C. FLOWERS & CO. LLC'S MOTION TO
DISMISS THE AMENDED COMPLAINT**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of David Gopstein, and the exhibits attached thereto, and upon all prior pleadings in this action, the undersigned, attorneys for Defendant J.C. Flowers & Co. LLC, hereby move this Court for an order dismissing with prejudice the Amended

1

Complaint of Sapere CTA Fund, L.P. pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b).

| | |
|---|---|
| Dated: New York, New York<br>December 6, 2013 | DEBEVOISE & PLIMPTON LLP<br><br>By: \_\_\_\_/s/ Maeve O'Connor_____<br>Maeve O'Connor (mloconnor@debevoise.com)<br>Helen V. Cantwell (hvcantwell@debevoise.com)<br>David Gopstein (dgopstein@debevoise.com)<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>*Attorneys for Defendant J.C. Flowers & Co. LLC* |