UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
JOSEPH DEANGELIS,

                Plaintiff,

      -against-                Civil Action No.
                                 11 Civ. 7866 (VM) (JCF)
JON S. CORZINE, *et al.*,

                                 ECF Case
                Defendants.

-----------------------------------x
SAPERE CTA FUND, L.P.,

                                 Civil Action No.
                Plaintiff,        11 Civ. 9114 (VM)

      -against-

JON S. CORZINE, *et al.*,

                Defendants.

-----------------------------------x

## **DEFENDANT J.C. FLOWERS & CO. LLC'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, J.C. Flowers & Co. LLC, by and through its undersigned counsel, hereby discloses that it is a nongovernmental limited liability company, that it has no parent corporation, and that it has no stock.

| | |
|---|---|
| Dated: New York, New York<br>December 6, 2013 | DEBEVOISE & PLIMPTON LLP<br><br>By: ___/s/ Maeve O'Connor_____<br>Maeve O'Connor (mloconnor@debevoise.com)<br>Helen V. Cantwell (hvcantwell@debevoise.com)<br>David Gopstein (dgopstein@debevoise.com)<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>*Attorneys for Defendant J.C. Flowers & Co. LLC* |